FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 14 AM 11: 10

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Gerald Wallace, Gail Miller, and Kristin Rodney, Plaintiffs, Individually, and on behalf of all those similarly situated | * | CIVIL ACTION NO.: 05-5519 |
| | * | DOCKET: |
| versus | * | SECT. B, MAG. 2 |
| Michael Chertoff, Secretary, Department of Homeland Security, Kathleen Blanco, Governor of the State of Louisiana, Al Ater, Secretary of State, State of Louisiana, Louis Keller, Registrar of Voters, Parish of Orleans, State of Louisiana, Kimberly Williamson Butler, Clerk of Criminal Court, Parish of Orleans, State of Louisiana C. Ray Nagin, Mayor, City of New Orleans, Louisiana | * | JUDGE: LEMELLE<br>MAGISTRATE: WILKINSON |

*****************************************

**AMENDED AND RESTATED**
**PETITION FOR VIOLATION OF VOTING RIGHTS ACT,**
**DEPRIVATION OF THE RIGHT TO VOTE,**
**VIOLATION OF THE CIVIL RIGHTS ACT,**
**AND FOR DECLARATORY AND INJUNCTIVE RELIEF**

**NOW INTO COURT,** through undersigned counsel come, Gerald Wallace, Gail Miller, and Kristin Rodney, Plaintiffs, who bring this lawsuit individually and on behalf of all New Orleans



___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No ___

voters that are similarly situated, and aver as follows upon information and belief:

**PRELIMINARY STATEMENT:**

1.

This petition consolidates the claims of three plaintiffs, all African-American voters in New Orleans who face the imminent threat of deprivation of their right to vote, due to the directives, confusion, acts and omissions of federal, state and local officials in the aftermath of Hurricane Katrina and Hurricane Rita. After being forced to leave their homes, the plaintiffs and similarly situated New Orleans voters, and particularly African-American voters, now face the imminent threat of irreparable harm and denial of their constitutional and statutory rights due to the arbitrary, capricious and constantly changing decisions of their elected representatives and bureaucrats. Plaintiffs seek this Court's intervention and relief under the Civil Rights Act, the Voting Rights Act and the National Voter Registration Act.

This Court's immediate intervention and supervision are required to assure that all New Orleans voters will be able to freely and fully exercise their constitutional rights to campaign and vote in the February 4 and March, 2006 municipal and parish elections, the 2006 congressional election, and other upcoming elections. Defendants have already violated the Voting Rights Act by not obtaining pre-clearance before canceling elections scheduled for October and November, 2005.

Plaintiffs urge this Court to enter a declaratory judgment holding that their voting rights are in imminent danger of being abridged due to the acts and omissions of federal, state and local officials, that minority voting rights are in danger of being diluted, and that the events, actions and decisions of federal, state and local officials in the aftermath of Hurricane Katrina will have a discriminatory impact and effect upon minority voters, unless relief is immediately provided by the

federal, state and local governments.

Plaintiffs urge this Court to enjoin all defendants from purging or removing displaced New Orleans voters from the voter registration rolls, except where the person has informedly and affirmatively indicated their intention to change their voter registration to another parish or state.

Plaintiffs urge this Court to order defendants to provide meaningful and effective access to polling places at all locations where plaintiffs and other displaced New Orleans voters are located, equal to the access required under existing federal law for voters residing overseas or serving in the armed forces, including but not limited to providing for absentee voting by mail, facsimile, Internet, e-mail, and other means, and including but not limited to nationwide in-person voting.

Plaintiffs urge this Court to order the Federal Emergency Management Agency ("FEMA") to provide FEMA's data on the present addresses of New Orleans residents to Louisiana state election officials. This Court should order Louisiana election officials to compile a list of the temporary mailing addresses of all New Orleans voters, based upon the pre-hurricane voter registration rolls, the FEMA data, United States Postal Service change of address requests, and the Red Cross Hurricane Katrina and Hurricane Rita evacuee lists, and other information sources. This Court should order state and local elections officials to make a list of the temporary addresses of all New Orleans voters available to all political parties, candidates, and to all other persons or groups, that would normally have access to the voter registration rolls for Orleans Parish.

Alternatively, this Court should order FEMA to determine the names, addresses, telephone numbers, ward and precinct data, party affiliation, gender and other information usually available regarding New Orleans voters, and should order FEMA to promptly provide a means for election officials, candidates, parties, political committees and others to communicate with all and/or selected

segments of the New Orleans voters by mail, telephone, e-mail, and other means, so that voters will be fully informed about their voting rights, voting procedures, candidates and issues.

Plaintiffs further urge this Court to order that New Orleans voters be allowed to present alternative forms of identification to vote, including but not limited to FEMA relief applications, Red Cross documents, other documents showing their New Orleans address, and/or provide a written statement attesting to their New Orleans address.

This Court should also order election officials to permit recently registered voters to vote by absentee voting, rather than requiring displaced first-time voters to return to the New Orleans precinct polling places to vote in person.

1.a.[1]

This Court's intervention has become even more necessary, since the Louisiana Legislature failed to enact measures that might have provided partial relief to the plaintiffs and other New Orleans voters. The two Acts and four resolutions enacted during the special session will not prevent the disenfranchisement of New Orleans African-American voters.

1.b.

The February 4 and March 4, 2006 primary and general elections for Civil Sheriff, Criminal Sheriff, Civil Clerk of Court, Criminal Clerk of Court, Assessors, Coroner, Mayor and City Council of New Orleans have been indefinitely delayed by the Governor, upon the recommendation of the Louisiana Secretary of State, without pre-clearance by the U.S. Department of Justice. *See*

---

1 **The new paragraphs in the amended and restated petition have been inserted where appropriate and are designated with the paragraph number of the foregoing original paragraph and an alphabetical suffix; for example new paragraph "34.a." The additional exhibits are designated as "U" through "AF".**

Louisiana Secretary of State Press Release, December 2, 2005 (copy attached, Exhibit AE); Frank Donze and Robert Scott, *Officials May Stay on Past Normal 4 Years*, Times-Picayune, December 3, 2005 (copy attached, Exhibit AF).[2]

1.c.

This Court should also intervene to make the current addresses of New Orleans voters available to the public, political parties and candidates. Reportedly, FEMA provided names and addresses of displaced Louisiana voters to the Louisiana Attorney General on December 1, 2005, to facilitate the mailing of information to voters. *See* Frank Donze and Robert Scott, *Officials May Stay on Past Normal 4 Years*, Times-Picayune, December 3, 2005 (copy attached, Exhibit AF). However, that information has not been made public, as is required under Louisiana law. *See* La. R.S. 18:154 and 18:155. FEMA and state officials have not disclosed the restrictions that FEMA placed on use and disclosure of the information that was provided to the Louisiana Attorney General.

1.d.

Despite being in nearly constant communication with federal officials, the Governor and the Secretary of State have indefinitely delayed and cancelled elections affecting New Orleans voters without seeking pre-clearance from the U.S. Department of Justice Civil Rights Division under Section 5 of the Voting Rights Act.

1.e.

All that the Louisiana Secretary of State has to show for the past three months' efforts are a contract to buy additional voting machines and FEMA's belated agreement to provide some data

---

2 To avoid burdening the record, plaintiffs hereby adopt and incorporate by reference the exhibits attached to their original petition. Only the additional exhibits are attached to this Amended and Restated Petition.

on displaced residents to the Louisiana Attorney General, presumably with restrictions on public disclosure. The Secretary of State has not published a plan or proposal to conduct elections in Orleans Parish or the other parishes affected by Hurricane Katrina and Hurricane Rita. There have been no public meetings to discuss ways to conduct elections. There has been no discussion of whether elections could be conducted in the less affected areas of New Orleans, such as City Council District C (Algiers and the French Quarter) or City Council District A (Uptown).

1.f.

The Secretary of State did not submit draft legislation or specific budget requests for consideration during the recently-concluded special session. No attempt was made to amend the statutes that specify the dates for Orleans Parish officials to be elected, or the length of their terms. Instead, Mr. Ater waited until after the session ended to indefinitely delay the February 4 and March 4, 2006, Orleans Parish elections, and to inform legislators that election could not be conducted on April 29, 2006, because the legislature had not appropriated additional funds.

1.g.

While the Governor specifically included amending the election laws to address the effects of the hurricanes in her call for the special session, the administration did not submit proposed legislation on elections. Nearly all of the voting and election bills that were proposed by individual legislators were held up in committee or voted down. The two laws and four resolutions that were passed do not provide significant relief to the displaced and, soon to be, disenfranchised voters of New Orleans.

1.h.

Even the knowledge that this lawsuit was pending did not motivate federal, state and local

officials to act.[3] When the undersigned contacted the Louisiana Secretary of State's legal department, requesting an opportunity to meet and discuss this litigation, they refused our offer to meet and said that the Louisiana Attorney General's Office would be contacting us, which has not occurred. The U.S. Attorney's Office waited until December 5, 2005 to make any contact with plaintiff's counsel, other than a letter from the U.S. Attorney for the Western District of Louisiana, stating that they would not handle that matter and that delivery to the Lafayette office was not sufficient service upon federal officials. Rather than making a good-faith effort to address the deprivation of New Orleans voters' most basic civil rights, federal, state and local officials have ignored this litigation and this Court, and have wasted the opportunity to engage the legislature and the federal government in preventing the disenfranchisement of 189,500 African-American voters.

1.i.

Yet, City, state and federal officials are exerting themselves to the utmost to prepare for eight days of Mardi Gras parades and celebrations, to occur on February 18 and 19, and February 23 through 28, 2006.

1.j.

This Court's immediate intervention is required to prevent New Orleans voters from being denied their fundamental constitutional right to vote.

---

3 This lawsuit was filed on Thursday, November 10, 2005. Copies of the original petition were hand delivered to the Louisiana Attorney General and the U.S. Attorney's Lafayette offices that afternoon. The original petition was hand delivered to the Governor's and the Louisiana Attorney General's offices in Baton Rouge on Friday, November 11, 2005. The Louisiana Secretary of State and the other defendants received the original petition on November 14, 2005, via Federal Express.

**JURISDICTION:**

2.

This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1331, 28 U.S.C. §1343(a), and 28 U.S.C. §1357.

**VENUE:**

3.

Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. §1392(a).

**CONSTITUTIONAL AND STATUTORY BASIS FOR CLAIMS:**

4.

Plaintiffs seek this Court's intervention and relief to remedy imminent violations of their right to vote and to meaningful participation in the political process. In particular, plaintiffs allege violations of their rights under the First, Fourteenth and Fifteenth Amendments to the United States Constitution, and deprivations of their statutory rights under Civil Rights Act of 1957, 42 U.S.C. § 1981, et seq., the Voting Rights Act of 1964, 42 U.S.C. §1971, et seq., and the National Voter Registration Act of 1993, 42 U.S.C. §1973gg.

4.a.

Plaintiffs seek this Court's intervention to order FEMA to provide Louisiana election officials, political parties, candidates and the public unrestricted access to the electronic records of displaced New Orleans voters, who have applied for assistance from FEMA, pursuant to 42 U.S.C. § 5174(f)(2).

4.b.

Plaintiffs seek federal government assistance and funding for the performance of the essential

community services of conducting elections, pursuant to 42 U.S.C. § 5170a(3)(A) and 42 U.S.C. § 5192(a)(3)(A). *See also* 44 C.F.R. § 206.5.

4.c.

Plaintiffs seek federal government assistance and funding to restore public facilities in New Orleans damaged as a result of Hurricane Katrina which are necessary to conduct elections, including but not limited to polling places, public buildings and voting machines, pursuant to 42 U.S.C. § 5172(a).

**PLAINTIFFS**

5.

Gerald Wallace, ("Wallace") is a person of the age of majority, domiciled in the Parish of Orleans, State of Louisiana, is registered to vote in Orleans Parish, is an African-American, and resided in the Lower Ninth Municipal Ward of the City of New Orleans. Wallace desires to exercise his right to vote in all upcoming elections.

6.

Wallace, evacuated from New Orleans in compliance with mandatory evacuation orders issued by the Governor of Louisiana and by the Mayor of the City of New Orleans. Since evacuating, Wallace has been temporarily living at various addresses in Baton Rouge, Lafayette, and Kenner, Louisiana, including living in temporary emergency shelters.

7.

Wallace is presently unable live in his home in the Lower Ninth Ward of New Orleans, due to it being uninhabitable. The City of New Orleans is only permitting residents of the Lower Ninth Ward to visit their homes temporarily - to "look and leave" and is still prohibiting residents of the

Lower Ninth Ward from living in their homes. The New Orleans Police Department and the National Guard are enforcing a dusk to dawn curfew and exclusion orders in the Lower Ninth Ward and have established check points at the entrances to the Lower Ninth Ward. The neighborhood has not been provided clean water, electricity, natural gas or sewage treatment. *See* Situation Report for the City of New Orleans, November 4, 2005, Exhibit A. City officials are only allowing Lower Ninth Ward residents to take brief bus tours of the neighborhood and are not allowing Wallace and other Lower Ninth Ward residents to even enter their homes. *See* Gwen Filosa, *Lower 9th Ward to Open, But Only for Tours on Bus*, Times-Picayune, October 26, 2005, copy attached, Exhibit B. Based on public statements, proclamations and orders issued by the Mayor of New Orleans, the Department of Homeland Security and the Governor of Louisiana, Wallace reasonably believes that he will be unable to return to his home for several months, if not for several years.

8.

Due to his home being uninhabitable and the extensive destruction of his neighborhood and polling place, Wallace reasonably believes that he will be unable to exercise his right to vote at his usual polling place, located in the Lower Ninth Ward of New Orleans.

9.

Gail Miller ("Miller") is a person of the age of majority, domiciled in the Parish of Orleans, State of Louisiana, is registered to vote in Orleans Parish, is an African-American, and resided in the Ninth Municipal Ward of the City of New Orleans, in the area known as New Orleans East. Miller desires to exercise her right to vote in all upcoming elections. Miller's home is presently uninhabitable and does not have clean water, electricity, natural gas or sewer service. Based on public statements, proclamations and orders issued by the Mayor of New Orleans, the Department

of Homeland Security and the Governor of Louisiana, Miller reasonably believes that she will be unable to live in her home for several months, if not for several years. *See Going Home to the New Orleans Area?*, Louisiana Department of Health and Hospitals, Exhibit C. *See also EPA and Louisiana Department of Environmental Quality Warn of Potential Environmental Hazards When Returning to Homes and Businesses*, October 10, 2005, Exhibit D.

10.

Due to the damage to her home and to her polling place, Miller reasonably believes that she will be unable to exercise her right to vote at her usual polling place, located in the Ninth Ward of New Orleans.

11.

Kristin Rodney ("Rodney"), is a person of the age of majority, domiciled in the Parish of Orleans, State of Louisiana, who recently registered to vote in Orleans Parish for the first time through mail-in ("Motor Voter") registration, and is an African-American. Rodney lived in the Seventh Ward of New Orleans. Rodney desires to exercise her right to vote in all upcoming elections. Due to not previously voting in person, Rodney is prohibited from voting by absentee ballot, pursuant to 42 U.S.C. § 1973gg-4( c).

12.

Rodney is a college student, attending Howard University, in Washington, D.C. As of the present date, Rodney is unable to return to her home in New Orleans, because it was damaged by flood waters and is uninhabitable.

12.a.

Under Act 431 of the Louisiana 2005 Regular Session, which amended La. R.S. 18:115 and

becomes effective on January 1, 2006, Rodney could request an absentee ballot by mail by submitting a copy of her student identification or fee bill showing current enrollment with the application to vote by mail. *See* La. R.S. 18:115 section F(2)(b), effective January 1, 2006. Unless Rodney and similarly situated college students are notified of this new and not yet effective legislation, Rodney and those similarly situated are unlikely to even apply by mail for absentee ballots, much less timely submit the required documents prior to the upcoming elections.

13.

Prior to Hurricane Katrina, Rodney intended to return to New Orleans to vote in person, during the next regularly scheduled election. Due to her home being uninhabitable and due to the extensive damage to her neighborhood and polling place, Rodney reasonably believes that she will be unable to exercise her right to vote at her usual polling place, located in New Orleans.

14.

Plaintiffs, Wallace, Miller and/or Rodney, may also desire to qualify and campaign for political office during the upcoming local, state and federal elections. Plaintiffs believe that they will not be able to effectively campaign for public office, especially within the campaign fund-raising and spending limits set forth by the Louisiana Campaign Finance Act, since New Orleans voters are scattered throughout the entire United States. Candidates are also unable to communicate with voters by direct mail or telephone at their temporary addresses.

**DEFENDANTS:**

15.

Made defendants are:

a. Michael Chertoff, in his capacity as Secretary of the Department of Homeland

Security of the United States,

b. Kathleen Blanco, in her capacity as Governor of the State of Louisiana,

c. Al Ater, in his capacity as Secretary of State of the State of Louisiana,

d. Louis Keller, in his capacity as Registrar of Voters for the Parish of Orleans, State of Louisiana,

e. Kimberly Williamson Butler, in her capacity as Clerk of Criminal Court for the Parish of Orleans, State of Louisiana, and

f. C. Ray Nagin, in his capacity as Mayor of the City of New Orleans.

16.

Plaintiffs aver that all defendants have acted under color of law at all times relevant concerning all matters alleged herein.

**UNIVERSALLY APPLICABLE BACKGROUND FACTS**

**NEW ORLEANS HAS A HISTORY OF RACIAL DISCRIMINATION IN VOTING**

17.

Louisiana has a long history of pervasive racial discrimination, including racial discrimination and polarization in voter registration, voting and districting. *See e.g. Reno v. Bossier Parish School Board*, 520 U.S. 471, 117 S.Ct. 1491 (1997). New Orleans, in particular, has a long history of pervasive *de facto* and *de jure* racial discrimination including racial discrimination in voter registration, voting and districting. *See Major v. Treen*, 574 F.Supp. 325 (E.D. La. 1983); *Chisom v. Roemer*, 501 U.S. 380, 111 S.Ct. 2354 (1991). *See also* Richard L. Engstrom and Jason F.

Kirksey, *Race and Representational Districting in Louisiana*, in Bernard Grofman, ed., **Race and Redistricting in the 1990s**, pp. 229 - 269 (1998). Louisiana has a history of low voter registration among minority and impoverished residents. *See e.g. Association of Community Organizations for Reform Now v. Fowler*, 178 F.3d 350 (5th Cir. 1999).

18.

Any changes to voting standards, practices, procedures, polling places, and districts in Louisiana and New Orleans require pre-clearance by the United States Justice Department pursuant to the Voting Rights Act of 1965, 42 U.S.C. §1973.

19.

Prior to Hurricane Katrina, approximately 300,000 voters were registered and lived in Orleans Parish. Approximately 189,500 New Orleans voters are African-American, many of whom lived in the Ninth Ward.

20.

Even when New Orleans has not been decimated by a hurricane, the City has experienced delays and difficulties in voting, as most recently shown by the September 18, 2004 elections, where many polling places lacked voting machines or were unavailable due to the threat of adverse weather a few days before the election.

**NEW ORLEANS VOTERS ARE NOW DISPERSED NATIONWIDE**

21.

On August 26 and 27, 2005, New Orleans residents left the City, following the advice of federal, state and local officials, to evacuate before Hurricane Katrina made landfall. During the morning of Sunday, August 28, 2005, the Governor of Louisiana and the Mayor of New Orleans

declared a state of emergency for Orleans Parish and ordered mandatory evacuation of the entire population of the City of New Orleans, except for essential medical personnel, police, fire, and other designated government officials and employees.

22.

Approximately eighty percent of the population of New Orleans heeded one or more of the voluntary and mandatory evacuation orders. Residents of New Orleans, who did not leave New Orleans before Hurricane Katrina struck, remained in their homes, hospitals, buildings, and the few poorly provisioned shelters that were made available, including the New Orleans Superdome.

23.

Beginning on August 29, 2005, federal, state and local governments and their officials and employees, including the New Orleans Police Department, Louisiana State Police, law enforcement officers from other parishes and states, the Louisiana National Guard, the United States Coast Guard, and other federal and state agencies, moved people from the places where they sought shelter during the Hurricane to the Superdome and to other locations. Other citizens were instructed to make their way to the New Orleans Convention Center. New Orleans residents were, then, transported to shelters and temporary housing elsewhere in Louisiana, in adjoining states, and to distant states by bus and airplane, upon the decisions and directives of federal, state and local officials, creating a New Orleans diaspora.

24.

By late-September, 2005, virtually the entire population of Orleans Parish had voluntarily or involuntarily left New Orleans, except for a few police officers and City officials, rescuers and federal, state and local government personnel, members of the press, and a few citizens who defied

the decisions of the Mayor who called for another mandatory evacuation after Hurricane Katrina passed the City.

25.

Many of those who evacuated did not take their driver's licenses or other identification with them. Many residents are unable to return to New Orleans to obtain such documents. For many others, all of their vital records, family documents, birth certificates and other identification were destroyed by Hurricane Katrina and the ensuing flooding. Many New Orleans voters may not be able to obtain photo identification before the upcoming elections.[4]

26.

New Orleans voters are now scattered throughout the entire United States, and are living in shelters, government provided or assisted housing, mobile homes and trailers, with family and friends, and in private properties. *See* Hayer El Nasser and Paul Overberg, *Katrina Exodus Reaches All States: 'Big Social Networks' Help Some Relocate*, USA Today, September 29, 2005, at 1A and 6A (with map based on FEMA aid applications)(copies attached, Exhibits F and G). As of October 1, 2005, Presidential disaster declarations had been issued for 44 states and the District of Columbia,

---

[4] The Department of Justice Civil Rights Division pre-cleared the State of Georgia's recent amendments to the Georgia voter identification statute, which limited the acceptable forms of identification to six categories of government-issued photo identification, which is similar to the Louisiana voter identification statute. *See* October 7, 2005 Letter from William E. Moschella to Senator Christopher S. Bond, Exhibit E. Enforcement of the Georgia law was recently enjoined by the U.S. District Court, which ruling was maintained by the Eleventh Circuit Court of Appeals, pending briefing and the appellate court's ruling. *See Common Cause / Georgia League of Women Voters of Georgia, Inc. v. Cox*, No. 05-15784-G (11th Cir. 10/27/05). That decision, while persuasive, would not preclude Louisiana election officials from barring voting by persons that have lost their photo identification.

due to the influx of New Orleans residents and others that were displaced by Hurricane Katrina. *See* FEMA News, October 1, 2005, Exhibit H.

27.

Due to the directives of federal, state and local officials, and due to their own efforts, New Orleans voters are changing living sites frequently and are likely to repeatedly change their temporary locations during the next several months, as they are moved from government shelters into hotels, trailers, apartments, other government housing and/or private housing. New Orleans voters have experienced significant delays in receiving mail at there temporary addresses, frequently receiving mail weeks or months after it was mailed, if at all, especially if they have changed addresses repeatedly or have temporarily resided in shelters, such that sending voting information to displaced New Orleans voters by U.S. Mail is unlikely to reach many voters in a timely manner.

28.

The dispersion of New Orleans voters will make traditional campaigning based on signs, meetings with voters, word-of-mouth, and local print, radio and television advertising nearly impossible. Direct mail and telephone campaigning will be useless, unless candidates are given access to federal, state and local databases containing the temporary addresses and telephone numbers of displaced New Orleans voters. Even, Internet based campaigning would only allow access to voters with computers and Internet access, which is likely to be a small percentage of the displaced New Orleans voters, as it is believed that impoverished and elderly voters are less likely to have Internet access at their temporary residences.

**AFRICAN-AMERICAN VOTERS HAVE BEEN HAVE BEEN DISPROPORTIONATELY IMPACTED AND FACE DISENFRANCHISEMENT**

29.

The United States Census Bureau estimated that approximately 302,000 African-Americans resided in New Orleans in 2004. The Seventh, Eighth and Ninth Wards of New Orleans were predominantly African-American.[5] Several of the areas hardest hit by Hurricane Katrina and by the flood waters include the Seventh, Eighth and Ninth Wards of New Orleans. *See* attached Census Bureau Data and Maps, Exhibit I, *in globo*.

30.

The City of New Orleans, after consultation and acting in concert with federal and state officials, is only permitting residents to return to particular portions of the City, designated by zip code. The City is prohibiting residents from returning to the Lower Ninth Ward and to other areas of the City, also designated by zip code. The portions of the City, for which residents are not being allowed to return, were predominantly African-American and impoverished. *See* attached Census Bureau Map and Data, Exhibit J, *in globo*. *See also* Flooding and Voting Statistics and Maps, Exhibit K, *in globo*.

31.

The decisions on which neighborhoods to allow to repopulate have been arbitrary and capricious, and lack any reasonable basis. For example, the adjacent 70118 (Uptown / Carrollton)

---

[5] The municipal wards of New Orleans, including the Seventh, Eighth and Ninth Wards, represent traditional, cultural, racial and political subdivisions of the City. *See Major v. Treen*, 574 F.Supp. 336, n. 16 (E.D. La. 1983)(*quoting Taylor v. McKeithen*, 499 F.2d 893 (5th Cir. 1974).

and 70125 (Fountainbleau / Broadmoor) neighborhoods, which are divided by South Claiborne Avenue, suffered similar wind and water damage, but residents and businesses were not allowed to return to zip code 70125 for a week after residents were allowed to return to 70118. The choice to use zip codes appears to be based entirely on administrative simplicity, rather than on any information regarding the type of damage sustained, the type of homes and businesses in the neighborhood, or the availability of utilities in the area.

32.

The Seventh, Eighth and Ninth Wards of New Orleans do not have drinkable water, electricity, natural gas or sewer service at most residences, due to the decisions of the City of New Orleans, the New Orleans Sewerage and Water Board,[6] and Entergy New Orleans.[7] To date, no rationale has been offered for the decisions to restore utility service to some portions of the City, while denying those same services to other portions of the City that suffered similar damage, and there has been no opportunity for public comment or input on those decisions.

33.

FEMA and its debris removal contractors have also concentrated their efforts on the French Quarter, Garden District and Uptown areas, and have not removed debris in the Seventh, Eighth and

---

[6] The Mayor of New Orleans is the President of the Sewerage and Water Board and appoints the board's members.

[7] Entergy New Orleans provides electricity and natural gas within Orleans Parish, subject to a franchise agreement with the City. Entergy New Orleans is regulated by the City of New Orleans. Entergy's efforts to restore natural gas service have been concentrated in the "mayor-targeted Zone Improvement Plan" zip codes, such that there is no gas service available in the 70126, 70126, 70127 and 70129 zip codes, other than areas along Dowman Road, the Industrial Canal and the New Orleans Regional Business Park. *See* Leslie Williams, *Residents Fuel Gas Service Return*, Times-Picayune, October 31, 2005, at B1, B2 and B8.

Ninth Wards. Again, no plan, rationale or schedule has been made public for the debris removal, and the public has not been afforded an opportunity for comment and input on the criteria for FEMA's assignment of debris removal work.

34.

Ten weeks after Hurricane Katrina, the federal, state and local governments have not even made a meaningful proposal to provide replacement and/or temporary housing to New Orleans residents that would allow the City's population to return before the upcoming elections. FEMA has only proposed placing 2,000 trailers in New Orleans; far fewer than the more than 50,000 uninhabitable homes in the Seventh, Eighth and Ninth Wards. *See* James Varney and Martha Carr, *FEMA Drafting Trailer Park Map*, Times-Picayune, October 26, 2005, copy attached, Exhibit L.

34.a.

As of December 5, 2005, residents of the Lower Ninth Ward are only allowed to visit their homes between 8:00 a.m. and 4:00 p.m. for "Look and Leave" visits. *See* Situation Report for New Orleans, November 30, 2005, copy attached, Exhibit U. Water, electricity, natural gas, sewerage, and/or fire protection are still not available in many parts of the City, including zip codes 70117, 70119, 70126, 70127, 70128 and 70129. *See Id. See also* Lower 9th Ward Look and Leave Plan, Exhibit AD.

35.

Due to the decisions of federal, state and local government officials, the African-American areas of New Orleans will likely remain uninhabitable long after many predominantly white neighborhoods are cleaned and have water, electricity, gas and sewer service, further causing *de facto* disenfranchisement of African-American voters.

**NEW ORLEANS VOTERS COULD UNINTENTIONALLY LOSE THEIR RIGHT TO VOTE**

36.

Due to the directives of federal, state and local officials, New Orleans voters are required to inform various government officials of their present addresses to obtain federal, state and local government benefits, including disaster relief, medical care and unemployment benefits. By obtaining a driver's license in another parish or state, New Orleans voters could be deemed to have changed their address for voting purposes, and could be subject to removal from the New Orleans voting rolls, pursuant to 42 U.S.C. § 1973gg-4(d), unless the voter knew to and did specifically state on the driver's license application that they did not want to change their voting address. New Orleans voters could also be subject to removal from the voting rolls due to submitting a change of address notice to the United States Postal Service to have their mail forwarded to their temporary address, due to the provisions of 42 U.S.C. § 1973 gg-6 ( c).

37.

According to the Louisiana Secretary of State, some Louisiana evacuees have already registered to vote in Texas and Alabama. By registering to vote in other locations and states, New Orleans voters could unintentionally lose their right to vote in New Orleans.

38.

Many New Orleans voters, including the plaintiffs, do not intend to change their permanent residence nor domicile, but are merely temporarily residing elsewhere due to Hurricane Katrina, and do not intend to indicate a desire to change their voter registration by informing government officials or others of their temporary addresses. *See e.g.* Dan Turner, *Storm Ravages Louisiana's Political*

*Landscape; Hurricane Katrina,* The Daily Advertiser, September 10, 2005, at 5A.

## MUNICIPAL AND PARISH ELECTIONS ARE SCHEDULED TO OCCUR LESS THAN THREE MONTHS FROM NOW

39.

The Louisiana Secretary of State scheduled the following elections to occur in Orleans Parish during 2006 (Exhibit M):

| | |
|---|---|
| February 4, 2006 | Municipal / Parochial Primary |
| March 4, 2006 | Municipal / Parochial General |
| April 29, 2006 | Propositions |
| July 15, 2006 | Propositions |
| September 30, 2006 | Open Primary |
| November 7, 2006 | General / Congressional |
| December 9, 2006 | Congressional Run-Off / Tie[8] |

40.

The Louisiana Secretary of State has set the qualifying period for the February 4, 2006 Municipal / Parochial Primary as **December 14 through 16, 2005.** *See* Exhibit M. The uncertainty surrounding voting procedures and the inability to contact voters are likely to deter potential candidates from qualifying and campaigning, particularly individuals with limited financial resources who could not personally bear the expense of nationwide advertising and campaigning.

---

[8] Additional statewide elections could occur on February 4, 2006 for voters to consider amendments to the Louisiana Constitution could be added, if Senate Bill 64 is passed without amendment.

41.

Due to the imminent elections, plaintiffs aver that there is insufficient time to comply with the 90 day notice period for violations of the National Voter Registration Act, 42 U.S.C. § 1973gg-9(b)(2), and urge this Court to immediately intervene to correct the impediments to voter registration and voting that have resulted from Hurricane Katrina and the government decisions in the aftermath of that disaster.

**THE USUAL VOTING PROCEDURES ARE NOW INADEQUATE**

42.

Nearly half the precinct polling places in New Orleans (204 out of 442) are unusable or uninhabitable. Many of the voting machines used for New Orleans have been damaged and require replacement or repairs. The Clerk of Criminal Court has been unable to contact many of the 2,300 election commissioners that the state election code requires for voting in New Orleans. The Louisiana Secretary of State has estimated that repairing or replacing the New Orleans voting machines will cost $780,000, which is not available in his budget. Approximately, $2.5 million has been requested from FEMA to cover expenses to repair and replace voting machines damaged or destroyed by Hurricane Katrina.

43.

The Louisiana Secretary of State, the Governor and the U.S. Department of Justice, Civil Rights Division, have all concluded that the current elections procedures are inadequate. Rather than proposing and implementing reforms, federal and state officials cancelled elections scheduled for

October 15 and November 12, 2005.[9]

**THE EXISTING ABSENTEE VOTING PROCEDURES ARE NOW INADEQUATE:**

44.

Louisiana's present absentee voting statutes and procedures require a person to mail a request for an absentee ballot to the Registrar of Voters for their parish. The Parish Registrar of Voters is then required to verify the person's legitimacy by reviewing the person's voter registration card. Once the person's registration is confirmed, the registrar compiles and sends the appropriate ballots,

---

[9] The Louisiana Secretary of State scheduled an Open Primary Election to occur on October 15, 2005. *See* Exhibit N. The deadline for voter registration for that election was September 14, 2005. Absentee voting for that election was scheduled to begin on October 3, 2005 and to end at 12 Noon on October 8, 2005. The Louisiana Secretary of State scheduled a General Election to occur on November 12, 2005. The deadline for voter registration for that election was October 12, 2005. Absentee voting for that election was scheduled to begin on October 31, 2005, and to end at 12 Noon on November 5, 2005. On September 7, 2005, the U.S. Department of Justice, Civil Rights Division, approved postponing the primary election, which had been scheduled for October 15, 2005. *See* September 7, 2005 correspondence from Bradley J. Scholzman, Acting Assistant Attorney General, to Al Ater, Louisiana Secretary of State, Exhibit O. On September 13, 2005, Al Ater, Louisiana Secretary of State issued an emergency certification and recommended to the Governor of Louisiana that the elections scheduled for October 15, 2005 and November 12, 2005 be delayed (Exhibit P). Secretary Ater recommended delaying voting for the Jefferson Parish offices: Judge Court of Appeal, 5th Circuit, 1st District, Division B; Member of the School Board, District 4; and Councilman, District 2, City of Kenner. Secretary Ater also recommended delaying the November 12, 2005 proposition elections in Orleans Parish regarding the Kingswood Subdivision Improvement District; Twinbrook Security District; and Tour Bouligny Security District. On September 14, 2005, Governor Kathleen Blanco signed and issued Executive Order KBB 2005-36, (copy attached, Exhibit Q), which indefinitely delayed the October 15, 2005 primary election and the November 12, 2005, general and proposition elections in Orleans Parish and Jefferson Parish. On September 28, Secretary Ater recommended delaying elections in Southwest Louisiana, that had been scheduled for October 15 and November 12, 2005. Exhibit R.

instructions and return envelope to the voter. Then, the voter marks their ballot and mails it back to the parish Registrar of Voters.

45.

Louisiana and federal officials have stated that Louisiana's present absentee voting procedures and processes cannot handle the number of absentee votes that are anticipated in upcoming elections.

**STATE AND LOCAL OFFICIALS HAVE PROPOSED CHANGES TO THE VOTING PROCEDURES AND PRACTICES FOR NEW ORLEANS**

46.

The Mayor of New Orleans has suggested a "revolutionary electronic voting system" to allow New Orleans voters to cast absentee ballots, but has not specified the details of such a system. Some form of electronic kiosks set up throughout the country, where persons with a New Orleans driver's license could vote was suggested by the Mayor.

47.

Reportedly, the Chief Technology Officer for the City of New Orleans, Greg Meffert, has proposed an Internet-based voting system for displaced New Orleans voters, based on a system which the U.S. Department of Defense previously rejected, and has already obtained approval from the Mayor of New Orleans and the Orleans Parish Registrar of Voters to implement that Internet voting system.

48.

The Orleans Parish Clerk of Criminal Court has proposed using auditoriums and the New Orleans Arena to house multiple precincts, if homes or public buildings cannot be used by February,

2006.

49.

The Louisiana Secretary of State has proposed setting up voting machines in Baton Rouge, Houston, Atlanta and other locations where large numbers of New Orleans voters are located.

50.

The Louisiana Secretary of State has also proposed allowing displaced New Orleans voters to vote by mail, under some unspecified variation of the present absentee voting procedures.

51.

Louisiana Secretary of State Al Ater has requested $1,000,000 of federal funding for a publicity campaign directed at displaced Louisiana voters, to inform them of their voting rights, which was recently denied by FEMA.

52.

The Louisiana Secretary of State's office has opined that Internet voting is not sufficiently secure, and has reportedly created a task force to study options for the upcoming Louisiana and New Orleans elections.

53.

The Louisiana Secretary of State's office has correctly stated that any changes in New Orleans voting procedures, even changing the location of polling places, must be approved by the Louisiana Secretary of State, the Louisiana Legislature and the U.S. Department of Justice Civil Rights Division, and/or by federal courts.

54.

On October 14, 2005, the Federal Emergency Management Agency denied the Louisiana

Secretary of State's request to obtain the names and temporary addresses of New Orleans residents that registered with FEMA when they were living in shelters, claiming that such information is subject to federal privacy laws and cannot be released to Louisiana officials. FEMA also denied Secretary Ater's request for the current mailing addresses of New Orleans residents that have applied to FEMA for disaster relief benefits. *See FEMA Hampers N.O. Election Plans*, The Advertiser (Lafayette, Louisiana), October 20, 2005, at 5A. The Louisiana Secretary of State is presently seeking a reversal of FEMA's decision. Without current addresses for displaced New Orleans voters, the Secretary of State cannot contact New Orleans voters by mail to inform them of their voting rights and absentee ballot procedures. Secretary Ater has stated that, **"The absence of FEMA's assistance greatly hinders our attempt to conduct this election in February, and in my opinion, leaves us with few options."** *Id.*

54.a.

On information and belief, FEMA has disclosed the names and temporary addresses of more than 600 hurricane evacuees to the Texas Department of Public Safety, and has made similar disclosures to other law enforcement agencies, for the purposes of identifying persons subject to sex offender registration, parolees, and persons subject to arrest warrants. FEMA also disclosed the names of sex offenders to the Louisiana State Police. *See* Mark F. Bonner, *Five Sex-Offenders Who Didn't Re-Register Arrested*, The Advocate, November 24, 2005, at 2B.

54.b.

Judge Duval ordered FEMA to show cause why FEMA should not disclose the addresses of evacuees facing eviction to the parish constables and courts for the purposes of providing notice of eviction proceedings. *See* Order in *Sylvester v. Boissiere*, Civil Action No. 05-5527 (E.D. La.

11/18/05), copy attached, Exhibit V. After a conference with the Court, FEMA agreed to provide evacuees' addresses to the constables and clerks within five days of a request, subject to restrictions on disclosure. *See* Order in *Sylvester v. Boissiere*, Civil Action No. 05-5527 (E.D. La. 11/22/05), copy attached, Exhibit W. While the plaintiffs in *Sylvester v. Boissiere* apparently agreed that all records containing addresses supplied by FEMA would be filed under seal, and evacuees addresses would not be made available to the public, nor appear in public record documents, such restrictions would not be appropriate in this case for voters' addresses, which must be available to candidates, political parties and the public. *See* La. R.S. 18:154 and 18:155.

54.c.

Reportedly, FEMA provided names and addresses of displaced Louisiana Voters to the Louisiana Attorney General on December 1, 2005, to facilitate the mailing of information to voters. *See* Frank Donze and Robert Scott, *Officials May Stay on Past Normal 4 Years*, Times-Picayune, December 3, 2005 (copy attached, Exhibit AF). FEMA and state officials have not disclosed the restrictions that FEMA placed on use and disclosure of the information that was provided to the Louisiana Attorney General.

55.

About October 14, 2005, FEMA denied the Louisiana Secretary of State's request for $750,000 in federal funds for mass mailings and public service announcements in areas were the largest numbers of New Orleans voters are temporarily living. *See FEMA Hampers N.O. Election Plans*, The Advertiser (Lafayette, Louisiana), October 20, 2005, at 5A. The Secretary of State is also seeking a reversal of that decision. *Id.*

56.

The Louisiana Secretary of State's Office has stated that Secretary Ater will decide by Thanksgiving whether or not to cancel the February 4 and March 4, 2006, Orleans Parish elections. *See* Ana Radelat, *Hurricane Aftermath Threatens State Election System*, The Advertiser, October 29, 2005, at 7C (Gannett News Service).[10]

57.

As of November 6, 2005, the Louisiana Secretary of State was negotiating with the Department of Homeland Security for FEMA to send an informational mailing to displaced voters from Orleans, St. Bernard, Plaquemine, Cameron and Vermillion Parishes, without FEMA disclosing voter addresses to state election officials. *See Municipal Elections Still Uncertain in New Orleans*, The Advocate, November 6, 2005, at B1 and B2. However, the contents, timing, scope, method of mailing and forwarding, and funding for that mailing have not, yet, been determined. *See Id.* Further, any mailing sent through the United States Postal Service is unlikely to reach many displaced New Orleans voters for many weeks.

57.a.

The Secretary of State's Office has negotiated a contract to purchase 5,033 new voting machines. *See* Ed Anderson, *Voting-Machine Purchase Set Up*, Times-Picayune, November 24, 2005, at A2. The first of those machines will be delivered in early December, 2005. *See Id.* Reportedly, FEMA will pay 90 percent of the cost of the new voting machines. "By the time all expenditures are made, the state will likely have $10 million to $12 million left of the $47 million

---

[10] On December 2, 2005, Secretary Ater recommended indefinitely delaying those elections. *See* Paragraphs 60.g, 60.h and 60.1.

from the federal government, [state Commissioner of Elections, Angie] LaPlace said. It must be spent on elections." *Id.*

57.b.

"[Louisiana Commissioner of Elections] LaPlace said Ater is looking into 'more progressive ways' to get voters to cast ballots, possibly setting up absentee voting outlets in shopping malls or other public places. She said Ater is studying a range of options but nothing has been finalized." Ed Anderson, *Voting-Machine Purchase Set Up*, Times-Picayune, November 24, 2005, at A2.

58.

The Governor of Louisiana called the Legislature into Extraordinary Session, beginning on November 6, 2005 and ending November 22, 2005. Three of the items on the Governor's 77 item agenda related to elections.[11]

59.

Several bills have been introduced during the Extraordinary Session, which would amend the laws on notifying voters and confirming voter registration, applying for an absentee ballot, registrars using temporary offices, requesting additional commissioners, absentee voting for first time voters, and for emergency voting plans. *See e.g.* House Bills 57, 58, 59 and 100, and Senate Bill 7. Those bills have been assigned to committee. Even if enacted in their present form, those election changes

[11]

| | |
|---|---|
| Item No. 56 | To legislate relative to suspending the provisions of the law relative to the annual canvas of voters. |
| Item No. 57 | To legislate relative to the eventuality of a shortage of available commissioners and commissioners in charge, authorizing persons who are qualified electors of the state to serve as commissioners in charge and commissioners, and to provide for the training and selection of sch persons. |
| Item No. 58 | To legislate as to the holding of elections impaired as a result of a gubernatorially declared disaster or emergency. |

should be reviewed prior to the upcoming elections to determine the effects on African-American voters, and other displaced New Orleans voters.

60.

The Governor of Louisiana and the members of the Louisiana Legislature have also made other proposals for electoral reforms to facilitate voting by displaced New Orleans voters.

60.a.

The 2006 1st Extraordinary Session of the Louisiana Legislature ended on November 22, 2005. Of the many measures proposed to provide relief to displaced voters, only two laws and four resolutions regarding elections were passed.

60.b

House Bill No. 27 (now Act 24) (Exhibit X), effective November 29, 2005 sets a special statewide election on April 29, 2006 to submit any proposed amendments to the Louisiana Constitution to the voters, including changes to the Wetland Conservation and Restoration Fund and a measure to allow displaced homeowners to keep their homestead exemption. However, the Legislature did not appropriate the $2.8 million to $2.9 million required to conduct the state-wide election. *See* Marsha Shuler, *Legislature Skips Vote's Tab*, The Advocate, November 28, 2005, at 1A and 4A.

60.c.

Senate Bill 89 (Exhibit Y) would allow the Louisiana Secretary of State to develop and implement an emergency plan to address impediments to voting, subject to the Governor and the Legislature approving the emergency measures. Senate Bill No. 89 does not address Department of

Justice or judicial pre-clearance under Section 5 of the Voting Rights Act. Senate Bill 89 is awaiting the Governor's review and approval.

60.d.

House Concurrent Resolution No. 2 (Exhibit Z) will suspend the annual canvass of voters under La. R.S. 18:192 until August 18, 2006; sixty days after adjournment of the 2006 Regular Session of the Legislature. While that resolution will limit removal of displaced New Orleans voters from the rolls, it does not prevent the registrar from placing voters on the inactive list pursuant to La. R.S. 18:193 or taking other measures to impede voting.

60.e.

House Concurrent Resolution No. 31 (Exhibit AA) merely urges and requests that the Louisiana Secretary of State make extraordinary efforts and work cooperatively with other state and federal agencies to contact displaced voters and inform voters of their rights and voting procedures. Senate Concurrent Resolution No. 18 (Exhibit AB) merely urges and requests that the Louisiana Secretary of Stater establish a toll-free telephone line for displaced Louisiana voters to obtain information, and suggests that the Secretary of State should conduct a nationwide advertising campaign about the toll-free telephone line, but provides no funding or resources for that effort. Senate Concurrent Resolution No. 24 (Exhibit AC) urges the Secretary of State to "make all absentee ballots more reader friendly."

60.f.

The new legislation and resolutions, while helpful, are not sufficient to assure that New Orleans voters will be able to exercise their constitutional rights.

60.g.

The February 4 and March 4, 2006 primary and general elections for Civil Sheriff, Criminal Sheriff, Civil Clerk of Court, Criminal Clerk of Court, Assessors, Coroner, Mayor and City Council of New Orleans have been indefinitely delayed by the Governor, upon the recommendation of the Louisiana Secretary of State, without pre-clearance by the U.S. Department of Justice. *See* Louisiana Secretary of State Press Release, December 2, 2005 (copy attached, Exhibit AE); Frank Donze and Robert Scott, *Officials May Stay on Past Normal 4 Years*, Times-Picayune, December 3, 2005 (copy attached, Exhibit AF).

60.h.

Despite the passage of more than ninety (90) days since Hurricane Katrina struck the City of New Orleans, Secretary Ater and the Governor indefinitely delayed the February 4 and March 4, 2006 elections, without making the efforts required by La. R.S. 18:401.1 to conduct the election as soon as practicable. Instead, the Secretary of State is proposing delaying the primary election until September 30, 2006 and the general election until November 7, 2006.

60.i.

Delaying the February 4 and March 4, 2006 elections will effectively continue the terms of the present Orleans Parish elected officials for several months, contrary to Louisiana statutes and the provisions of the New Orleans Home Rule Charter that require Orleans Parish officials to be elected in primary and general elections in February and March of every fourth year, and provide that those officials take office on the first Monday in May following those elections. *See* New Orleans Home Rule Charter Sections 3-102 and 4-201. *See also* La. R.S. 18:402(D); La. R.S. 13:1211.1 (Clerk of Civil District Court); La. R.S. 13:1371.2 (Clerk of Criminal District Court); La. R.S. 13:1501.1

(Civil Sheriff), La. R.S. 13:1519.1 (Criminal Sheriff); La. R.S. 13:1551.B (Coroner). Secretary Ater has stated that "[t]he officials to serve in the newly elected seats would have their term shortened by the length of the incumbents' additional time in office." December 2, 2005 Press Release, Exhibit AE. This result is contrary to the language of La. R.S. 18:401.2.G, which provides that "[n]othing in this Section shall be interpreted as extending or as an extension of the time period for an election."

61.

The proposals from the Mayor, the Clerk of Criminal Court, the Louisiana Secretary of State, the Governor, and the Legislature, while positive suggestions, have not yet been implemented. Instead, elections have been cancelled or delayed, and FEMA not yet acceded to the Louisiana Secretary of State's requests for the addresses of displaced New Orleans voters, and has denied Secretary Ater's funding requests.

62.

The various proposals, individually are not sufficient to assure that all New Orleans voters will be able to vote in the upcoming elections. Some combination of these proposals, if immediately and effectively implemented, along with the requested injunctive relief, might be adequate.

**ANY PROPOSED ALTERNATIVE VOTING PROCEDURES MUST BE REVIEWED:**

63.

Any changes to the locations of polling places, methods of voting, absentee voting requirements, voting equipment, voter identification requirements, methods of communicating with voters and/or restrictions on campaigning must be reviewed to assure that minority voting is not

impacted.

64.

This Court's immediate intervention is required, because there is insufficient time for the U.S. Department of Justice Civil Rights Division to perform its usual sixty (60) day, or longer, review of proposed changes submitted for pre-clearance under the Voting Rights Act.

65.

This Court's immediate intervention is required to prevent the imminent irreparable harm to the constitutional and statutory rights of African-American voters in New Orleans, that will occur, unless federal, state and local governments take action in advance of the upcoming elections to assure that all New Orleans voters can effectively and meaningfully participate in the electoral process.

## COUNTS:

## ABRIDGEMENT OF RIGHT TO VOTE

66.

The foregoing events and actions of the defendants, under color of law, will, unless immediately remedied, abridge the right to vote of all New Orleans voters, including the plaintiffs and all those similarly situated, in violation of the plaintiffs' constitutional and statutory rights.

## DISCRIMINATORY EFFECT

67.

The foregoing events and actions of the defendants, under color of law, will, unless

immediately remedied, have a discriminatory effect upon African-American and impoverished voters of New Orleans, particularly of the Seventh, Eighth and Ninth Wards.

**DILUTION OF VOTING**

68.

The foregoing events and actions of the defendants, under color of law, will, unless immediately remedied, cause dilution of the voting of African-Americans, due to the geographic concentration of African-American voters in the Seventh, Eighth and Ninth Wards and other areas of the City, for which residents are not allowed or able to return.

**IMPEDIMENTS TO VOTING BY NEWLY REGISTERED VOTERS:**

69.

The foregoing events and actions of the defendants, under color of law, will, unless immediately remedied, prevent Rodney, and other recently registered voters from exercising their right to vote, because they could be required to vote in person at the precinct polling place for their New Orleans address.

69.a.

Unless the provisions of recently-amended La. R.S. 18:115, which become effective on January 1, 2006, are made known to Rodney and other university and college students via mail, advertising, and/or other means, they are unlikely to timely request absentee ballots by mail and will be unlikely to submit the required student identification or bills when they request absentee ballots.

70.

The foregoing events and actions of the defendants, under color of law, unless immediately remedied, will prevent any displaced New Orleans residents that have reached the age of eighteen

since August 29, 2005, and any other displaced New Orleans voters that have recently decided to become registered voters from registering to vote and voting in the upcoming elections, because they would be required to vote in person at the precinct polling place for their New Orleans address.

**PREVENTION OF EFFECTIVE AND MEANINGFUL PARTICIPATION:**

71.

The foregoing events and actions of the defendants, under color of law, will, unless immediately remedied, prevent those who seek to be elected to political office and serve Orleans Parish from being able to qualify and effectively campaign prior to the upcoming elections.

**THE DEFENDANTS HAVE ALREADY VIOLATED SEVERAL PROVISIONS OF THE VOTING RIGHTS ACT**

72.

In cancelling regularly scheduled elections and in failing to timely seek pre-clearance of proposed changes to elections, defendants have already violated the Voting Rights Act. The U.S. Department of Justice Civil Rights Division's September 7, 2005 letter (Exhibit O), did not pre-clear cancellation of the October 15, 2005 election, but merely indicated that the Civil Rights Division was willing to expedite requests for pre-clearance. The Civil Rights Division also did not provide notice, allow public comment, nor conduct hearings before sending the September 7, 2005 letter.

72.a.

In indefinitely delaying the previously scheduled February 4 and March 4, 2006 Orleans Parish elections and in failing to timely seek pre-clearance of those delays, defendants have further violated the Voting Rights Act.

**RELIEF REQUESTED:**

73.

Plaintiffs pray that this Court enter a declaratory judgment holding that their voting rights will be abridged, that minority voting rights will be diluted, and that the above-described events, actions and decisions of federal, state and local officials will have a discriminatory impact and effect upon minority voters, unless remedial relief is immediately provided by the federal, state and local governments.

74.

Plaintiffs pray that this Court order defendants to immediately provide Plaintiffs and all other displaced New Orleans voters meaningful and effective access to the polls at the places where they are presently located, equal to or better than the access mandated for voters residing overseas or serving in the armed forces, under the Uniformed and Overseas Citizens Absentee Voting Act, 42 U.S.C. §1973ff, et seq.[12]

75.

Plaintiffs pray that this Court order the Federal Emergency Management Agency to provide address data for all displaced New Orleans voters who have registered with FEMA to Louisiana and Orleans Parish elections officials.

---

[12] Recently proposed federal legislation, S. 1867 and H.R. 3734, would, if passed without amendment, allow voters displaced by Hurricane Katrina to absentee vote in the November 2006 and 2006 federal elections under the Uniformed and Overseas Citizens Absentee Voting Act, if each displaced voter submitted an affidavit to state election officials (copies attached, Exhibits S and T). That legislation does not address the upcoming local and state elections, does not provide funding, nor set forth particular requirements for state officials to notify displaced voters of their rights. Both bills have been referred to committee.

75.a.

Plaintiffs pray that this Court order FEMA to provide state election officials unrestricted access to the electronic records of individuals and households receiving assistance from FEMA, so that the State of Louisiana can assist New Orleans voters exercise their constitutional rights.

76.

Plaintiffs pray that this Court order Louisiana and Orleans Parish election officials to compile a list of the temporary addresses of displaced New Orleans voters based upon the FEMA data, the Orleans Parish voter registration data, United States Postal Service Change of Address requests, data from the Red Cross, and other information sources.

77.

Plaintiffs pray that this Court order Louisiana and Orleans Parish election officials to make the list of the addresses of displaced New Orleans voters available to political parties, candidates, and other persons and groups that would normally have access to the voter registration data.

78.

Plaintiffs, in the alternative, pray that this Court order FEMA to determine the names, addresses, telephone numbers, ward and precinct data, party affiliation, gender and other information usually available regarding New Orleans voters, and to promptly provide a means for election officials, candidates, parties, political committees and others to communicate with all and/or selected segments of the New Orleans voters by mail, telephone, e-mail, and other means.

79.

Plaintiffs specifically urge this Court to enjoin any efforts by federal, state and/or local voting officials to purge the voter registration rolls for Orleans Parish.

80.

Plaintiffs request that this Court order the federal, state and local governments to contact all New Orleans voters and inform them of their voting rights, absentee voting procedures, and the upcoming election dates by mail, newspaper advertising, radio, television, Internet and/or other media and methods.

81.

Plaintiffs request that this Court order the federal, state and local governments to afford all displaced New Orleans voters the opportunity to absentee vote by mail, by facsimile, via e-mail, and at polling places at the locations where they are temporarily residing, nationwide, and/or by other methods, after this Court has reviewed and approved the procedures and equipment to be used for such absentee voting. Alternatively, this Court should order the defendants to provide transportation to the polling places for displaced New Orleans voters, at government expense.

82.

Plaintiffs specifically urge this Court to order that displaced New Orleans voters be allowed to vote in upcoming elections, unless they have affirmatively and informedly indicated their intent to change their domicile for voting purposes to another Parish or to another state.

83.

This Court should order that displaced New Orleans be allowed to vote based on presenting alternative forms of identification, such as FEMA relief applications, Red Cross documents, or other documents showing their addresses, and/or by a written statement attesting to their New Orleans residence, rather than requiring photo identification issued by the State of Louisiana or a federal agency.

84.

This Court should order that recently registered voters be allowed to vote for the first time by absentee voting, rather than requiring those displaced voters to return to precinct polling places in New Orleans to vote in person.

84.a.

Plaintiffs pray that this Court order defendants to notify college and university students from New Orleans of their newly-enacted right under La. R.S. 18:115 section F(2), to request absentee ballots by mail and vote for the first time by mail, without appearing in person, through notification by mail, advertising directed toward college and university students, and other means.

84.b.

Plaintiffs pray that this Court order FEMA to provide assistance and funding for the essential community service of conducting elections.

84.c.

Plaintiffs pray that this Court order FEMA to assist and fund the restoration of public facilities in New Orleans that were damaged by Hurricane Katrina which are necessary to conduct elections in New Orleans, including but not limited to polling places, public buildings and voting machines.

85.

Plaintiffs pray that this Court find that defendants have violated the Voting Rights Act.

86.

Plaintiffs pray that this Court retain jurisdiction and supervise the conduct of elections in Orleans Parish for such time as may be necessary to assure that plaintiffs and those similarly situated

are able to exercise their right to vote.

**STATEMENT OF QUALIFICATIONS OF COUNSEL**

87.

Plaintiffs' counsel in this matter are experienced in complex litigation and have participated in numerous voting rights lawsuits, including *Chisom v. Roemer*, 501 U.S. 380, 111 S.Ct. 2354 (1991) which resulted in changing the districts for the Louisiana Supreme Court, *Jones v. Edwards*, 674 F.Supp. 1225 (E.D. La. 1987) and *Louisiana Voter Registration Education Crusade, Inc. v. Office of the Registrar of Voters for the Parish of Orleans*, 511 So.2d 1190 (La. App. 4th Cir. 1987). Undersigned counsel also participated in the recent defense of the Jefferson Parish council districts, in *Theriot v. Parish of Jefferson*, 966 F.Supp. 1435 (E.D. La. 1997). In 1986, the Louisiana State Bar Association recognized Mr. Rodney for his *pro bono* efforts in support of voting rights.

Mr. Etter and Mr. Rodney have represented defendants and plaintiffs in state and federal civil rights litigation, toxic tort class actions, administrative and regulatory matters, government ethics, and intellectual property litigation. They have been counsel to local and state governments, foreign countries, corporations, and individuals.

They are admitted to the state courts of Louisiana, the federal district courts in Louisiana and the United States appellate courts for the United States Fifth and Sixth Circuits. Mr. Etter is also admitted to practice before the United States Patent and Trademark Office. Mr. Rodney has been admitted to practice before the United States Supreme Court.

**ATTORNEYS' FEES AND EXPERT FEES:**

88.

In the event that plaintiffs prevail in this matter, Plaintiffs pray that they be awarded

reasonable attorneys' fees and costs, pursuant to 42 U.S.C. §1988(b) and 42 U.S.C. § 1973l.

89.

In the event that plaintiffs prevail in this matter, Plaintiffs pray that expert fees be included as part of the attorneys' fee award, pursuant to 42 U.S.C. §1988( c).

**WHEREFORE,** plaintiffs, Gerald Wallace, et al, pray that this Court enjoin defendants from purging the voter registration rolls for Orleans Parish, and pray that this Court order defendants to institute remedial measures to assure that all New Orleans voters can exercise their constitutional and statutory rights to register, vote and effectively participate in the electoral process, and especially to assure that minority voters are not disenfranchised, grant the other declaratory and injunctive relief requested herein, and grant such other relief as is just in the circumstances.

Respectfully submitted, this 6th day of December, 2005.

Roy J. Rodney, Jr. (La. Bar No. 2,079)
John K. Etter (La. Bar No. 25,042)
RODNEY & ETTER, L.L.C.
1232 Camellia Boulevard, Suite C
Lafayette, LA 70508
Telephone: 337-981-5293
Facsimile: 337-988-6918

*Attorneys for Plaintiffs, Gerald Wallace, et al.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading and the exhibits thereto were served upon all parties by depositing a copy of same in the United States mail, properly addressed and postage prepaid, or by hand delivery or by facsimile transmission , this 6th day of December, 2005.

John K. Etter

Text Only Version

| HOME | RESIDENTS | BUSINESSES | GOVERNMENT | V

Add To Profile Print

Sign In | Sign Up | Site Map | Site Info | C

Search City Web Site:

GO

Advanced Search

Home Page
EPA Information
Temporary Housing and Shelter
United Way Partner Agencies
Permitting Information - Updated
Louisiana Recovery Corporation
City Information
Events Calendar
Site Policies & Information
City Hall Phone Listings

**Departments & Agencies**

Select A Department

Department Phone Directory »

**City of New Orleans Services**

Pay Parking Tickets
Pay Personal Auto Tax
Pay Traffic Tickets
Pay Real Estate Tax
Pay Sales Tax

All Services »

**Site Font Styles**

Verdana Medium
Change Site Font Styles

**Contact Us**

Having trouble with our website or just have a question or comment for us? Click here to contact us.

**CITY OF NEW ORLEANS**
MAYORS OFFICE OF COMMUNICATIONS
1300 PERDIDO STREET, SUITE 2E04
NEW ORLEANS, LOUISIANA 70112
504-658-4940

C. Ray Nagin
MAYOR

**FOR IMMEDIATE R**
**November 3**

## Situation Report for New Orleans

(New Orleans, LA) The City of New Orleans will release regular updates, or Situation Reports, detailing the effects of Hurricane Katrina on the city and the progress of rebuilding efforts. Reports will be posted on the City's website, www.cityofno.com.

A toll free information hotline had been set up for citizens offering a message with important information- 877-286-6431

As of Wednesday, November 30, 2005:

**Re-entry**

- Railroad crossing signals may not be functioning. Everyone should exercise caution wh driving and crossing railroad tracks.
- In the targeted zip codes of 70112, 70113, 70114, 70115, 70116, 70118, 70119, 701 70130 and 70131, a 2 a.m. to 6 a.m. curfew is in effect. No one may be outside on foc or in a vehicle at these times. Those areas include Algiers, the Central Business Distric the French Quarter, Mid-City and Uptown. In all other areas, the curfew is 8 p.m. - 6 a.m.

**9th Ward Re-Entry**

The entire Lower 9th ward is open for "Look and Leave" visitation beginning Thursday, Deceml 1, 2005. Residents may return to see the extent of damage to their property and to gather personal valuables. Click here for additional information.

A command center will be located at North Claiborne and Caffin Avenues, and New Orleans Police Department and National Guard vehicles will be patrolling the streets if residents need assistance.

The area will be open for visitation from 8 a.m. to 4 p.m. No one will be permitted to remain after dark; all city curfews are in effect. Residents will enter and exit the Lower 9th Ward via tl St. Claude Avenue Bridge.

Exhibit
a

Important information includes the following tips:

- Use gloves, boots and coveralls. Wash all soiled clothing and equipment.
- Do not enter heavily damaged structures.
- Drink bottled water throughout the day to prevent heat exhaustion and dehydration.
- Protect yourself from mold and bacteria. Wear particulate masks. Extreme areas requi the use of respirators. If an area is extremely moldy, stay away. State agencies cautio

that mold is unhealthy for children and the elderly. Do not expose children or elderly residents to moldy buildings.

- Use insect repellant to prevent mosquito bites, as there may be more mosquitoes than normal.
- Watch for wild and domestic animals. Some of them are more aggressive than normal because of the stresses they have undergone. Disinfect any wounds and bites immediately and seek medical care as soon as possible.
- You should have a recent tetanus shot. Tetanus shots are good for 10 years. Booster shots are available at all open health clinics:
    - Touro, Ochsner, West Jefferson, East Jefferson, Lakeside, Meadowcrest and Children's Hospital.
    - Algiers Community Health Clinic (Fishers) 9 a.m. - 4 p.m., 4422 General Meyer Algiers
    - Covenant House (Downtown) 9 a.m. - 4 p.m., 611 North Rampart St.
    - Ida Hymel Health Clinic 9 a.m. - 4 p.m., 1111 Newton St., Algiers
    - Tulane CBD Practice Plan Clinic - at Harrah's (mobile unit) 9 a.m. - 4 p.m., 512 S. Peter St.
    - Uptown Square Clinic (mobile unit) 9 a.m. - 4 p.m., 200 Broadway Ave., Suite 230
- The Salvation Army will have mobile units and counselors on duty.
- Clean-up kits, food, water and ice and portable restrooms will be available at the command center.

**Red Cross**

The Red Cross distribution sites are listed below.

- 70112 Municipal Auditorium parking lot
- 70113 A.L. Davis Park, Washington at LaSalle
- 70116 Esplanade at St. Claude/N.Rampart
- 70118 Lafayette School, 2727 S. Carrollton Ave.
- 70130 Laurel Elementary School, 820 Jackson Ave.
- 70122 Gentilly Woods, 4137 Chef Menteur
- 70124 St. Dominic's Church, 778 Harrison Avenue
- Red Cross has set up a new financial site at 1426 Napoleon Avenue.

Two new financial sites have been set up at:

- Gentilly Woods Mall
- Oak Park Shopping Center

Cut Off Playground at General Meyer and Belgrade, is no longer a bulk distribution site, and has been converted into to Red Cross staff shelter.

Red Cross is also offering blue tarps for citizens' homes if they do not qualify under the Blue R Program.

For more information on temporary roofing, log onto www.cityofno.com.

**Businesses**

- There are a number of restaurants open in the city. Those establishments with bright pink posters in the windows have been deemed safe by health and safety inspectors.
- A Business Recovery Center is located at One Canal Street, Suite 1050 to assist businesses owners with specific needs.

Inspected and approved retail food establishments, West Bank

| Street Name | Number | Zip Code | Establishment Name |
|---|---|---|---|
| Behrman Hwy. | 4023 | 70114 | Family Dollar Store |
| Delaronde | 133 | 70114 | Dry Dock Café |
| General De Gaulle Ave | 3600 | 70114 | Spur Discount Store |
| General De Gaulle Ave | 4230 | 70131 | Burger King 1511 |
| General De Gaulle Ave | 5163 | 70131 | The Olive Branch Café |
| General DeGaulle Dr. | 3622 | 70114 | General DeGaulle EZ Mart |
| General DeGaulle Dr. | 3637 | 70114 | Briggs Of General De Gaulle INC |
| General DeGaulle Dr. | 3900 | 70114 | DiMartino's |

| | | | |
|---|---|---|---|
| General DeGaulle Dr. | 4110 | 70114 | Walgreens |
| General DeGaulle Dr. | 4662 | 70114 | Discount Zone |
| General DeGaulle Dr. Suite A | 5163 | 70131 | Michellie |
| General Meyer Ave. | 3501 | 70114 | Brother's Texaco |
| General Meyer Ave. | 4502 | 70114 | Jo Ellen Smith Convalescent Center |
| General Meyer Ave. | 4589 | 70114 | McDonalds Store # 7921 |
| General Meyer Ave. | 4846 | 70114 | Family Dollar Store |
| General Meyer Ave. | 4901 | 70114 | Spur General Meyer |
| Isidore St. | 6445 | 70131 | Benn's Grocery |
| Newton St. | 1600 | 70114 | Whitney Food Store |
| Patterson Road | 545 | 70114 | Old Point Bar |
| Teche | 840 | 70114 | Algiers Central |
| Terry Parkway | 900 A | 70114 | Smoothie King # 7 |
| Verret Street | 347 | 70114 | Tout de Suite |

Inspected and approved retail food establishments, East Bank

| | | | |
|---|---|---|---|
| St. Joseph St. | 333 | 70130 | Foundry |
| Burgandy Street | 740 | 70116 | Rawhide 2010 |
| Baronne St. | 346 | 70112 | Voodoo Too |
| Bourbon St. | 115 | 70130 | Red Fish Grill |
| Bourbon St. | 200 | 70130 | Jester Gateway Mardi Gras |
| Bourbon St. | 801 | 70116 | Bourbon Pub/Parade |
| Bourbon Street | 522 | 70130 | Big Daddy's Bar |
| Bourbon Street | 600 | 70130 | Papa Joe's Tropical Isle |
| Bourbon Street | 734 | 70130 | Napolean's Itch |
| Bourbon Street | 900 | 70116 | Clover Grill |
| Bourbon Street | 901 | 70116 | Café Lafitte in Exile |
| Camp St. | 300 | 70130 | Majoria Commerce Restaurant |
| Camp Street | 301 | 70130 | La Quinta Inn Suites N.O. Downtow |
| Camp Street | 344 | 70130 | Queen and Crescent |
| Canal Street | 300 | 70130 | Double Tree Hotel-New Orleans |
| Canal Street | 300 | 70130 | Sherton New Orleans (Hotel Only) |
| Canal Street | 555 | 70130 | Marriott Main Kitchen |
| Canal Street | 739 | 70130 | Crowne Plaza Hotel |
| Carondelet Street | 640 | 70130 | LE Pavillion Resturant |
| Chartres St. | 310 | 70130 | Bacco |
| Conti | 830 | 70112 | Rio |
| Conti | 830 | 70112 | Mrs. D's Bistro |
| Convention Center Blvd | 1201 | 70130 | Hampton Inn & Suites |
| Dauphine Street | 740 | 70116 | Good Friends Bar |
| Decatur | 200 | 70130 | Lounge Lizzards |
| Decatur | 233 | 70130 | OL Toones |
| Decatur | 504 | 70130 | Marie Laveau |
| Decatur | 1107 | 70116 | Molly's at the Market |
| Decatur | 1109 | 70116 | Coop's |
| Decatur | 1119 | 70116 | Turtle Bay |
| Decatur | 1123 | 70116 | The Abbey |
| Decatur | 1140 | 70116 | Mojo Lounge |
| Decatur | 1241 | 70116 | Envie |
| Decatur Street | 300 | 70130 | Andrew Jaegar |
| Foucher | 1404 | 70115 | Touro Infirmary Food Services |
| Gravier St. | 510 | 70130 | Chuck's Sports Bar |
| Howard Ave | 3800 | 70125 | Valley Services Of Mississippi INC |
| Julia St. | 300 | 70130 | Courtyard by Marriott |
| Lee Circle | 2 | 70130 | OHIA |
| Lee Circle | 2 | 70130 | Le Cireque |
| Loyola Ave | 330 | 70112 | Holiday Inn Downtown-Superdome |

| | | | |
|---|---|---|---|
| Magazine St. | 2368 | 70130 | Magazine Po-Boy Shop |
| Magazine St. | 3636 | 70115 | Bulldog |
| Magazine Street | 315 | 70130 | Country Tan & Suites by Carlson |
| Magazine Street | 330 | 70130 | St. James Hotel |
| Magazine Street | 3236 | 70115 | The Bulldog |
| Poydras Street | 820 | 70112 | Drury Hotels - New Orleans |
| Poydras Street | 833 | 70130 | LE Pavillion Resturant |
| Prytania Street | 4924 | 70130 | Creole Creamery Specialties |
| Rue Magazine | 322 | 70130 | Cuve'e |
| South Peters | 600 | 70130 | Ernst Café |
| St Charle Ave | 500 | 70130 | Panasia |
| St Charle Ave | 600 | 70130 | Doyle Resturant Group |
| St Joseph | 301 | 70130 | Spring Hill Suites |
| St. Ann | 1013 | 70116 | A Creole House |
| St. Charles Ave | 747 | 70130 | Swiss Confectionary Inc. |
| St. Charles Ave | 4330 | 70115 | Fat Harry's Inc. |
| St. Charles Ave | 7839 | 70118 | Vincent's Italian Cuisine |
| Tchoupitoulas | 535 | 70130 | Ambassador Hotel |
| Tchoupitoulas | 636 | 70130 | Vic's Kangaroo Café |
| Tchoupitoulas | 700 | 70130 | Renaissance Arts |
| Tchoupitoulas | 1128 | 70130 | Dino's Bar & Grill |

- For defective equipment concerning electronic food stamp POS device (EBT), business owners should call (800) 230-0179.

**Schools**

- New Orleans Public Schools announced that five schools will re-open on December 14, 2005.

| School Name | Address |
|---|---|
| Behrman Elementary | 715 Opelousas |
| Eisenhower Elementary | 3700 Tall Pines Drive |
| Harte Elementary | 5300 Berkley Drive |
| Edna Karr Sr. High School | 3332 Huntlee Drive |
| O.P. Walker Sr. High School | 2832 General Meyer Avenue |

- Lusher and Lusher Extension as an agreement with Tulane will re-open in January.
- Re-hiring began on November 1, 2005 for Orleans Parish Schools.
- Archdiocese of New Orleans currently has two schools open in Algiers. On October 17, 2005, St. Francis Cabrini opened in New Orleans. Seven parochial schools have the go of opening in January 2006.
- Cathedral Academy, a Catholic Elementary School located in the French Quarter, re-opened its doors to students on Monday, October 17, 2005.

**Housing**

The U.S. Army Corps of Engineers, as part of their FEMA-assigned mission of providing temporary repairs to roofs damaged by Hurricane Katrina, has a toll-free number for affected victims to call for information - 1-888-ROOF-BLU (1-888-766-3258).

If a home does not qualify under the Blue Roof Program, citizens may go to the local disaster relief centers to receive blue tarps for their homes.

Housing Authority of New Orleans (HANO) Information Numbers are the following: Houston ar (713)652-2922 or (713)652-2923 the local number (504)362-4210. No new housing applicant are being accepted.

The current Disaster Relief Centers are:

- Landry High School, 1200 Whitney Ave. Algiers; opened from 9a.m. to 7 p.m.

- Jewish Community Center, 5343 St. Charles Ave.; opened from 9 a.m. to 7 p.m.,
- Laurel Elementary, 820 Jackson Ave., opened from 8 a.m. to 6 p.m.

**City employees**

After weeks of working to secure funds to make payroll, the City of New Orleans was forced to lay off up to 3,000 classified and unclassified City employees as a result of financial constraint in the wake of Hurricane Katrina.

Mayor Nagin requested that each city department immediately provide names of employees essential and critical to the City's recovery. These employees have already been notified by th department heads. Due to loss of revenue, the City will proceed as follows:

- Unemployment Benefits - Employees affected by the layoff may be entitled to unemployment compensation benefits and should contact the nearest unemployment office to determine their rights.
- Payroll - Employees who have direct deposit have not missed a payroll check as a resu of Hurricane Katrina or Hurricane Rita. All City administrative employees will receive a payroll check no later than October 18, 2005. All Police and Fire employees will receive payroll check on October 21, 2005. This will be the last payroll check for non-essential employees.
- Retirement - Employees who may be eligible to retire should be prepared to provide retirement information either for regular retirement or retirement under Rule 80.
- Cobra - The City will use updated contact information to provide employees with information regarding Cobra. Employees who have been terminated and want to maintain Cobra coverage must elect this coverage within 30 days from October 8, 200 and send their Cobra payments to IMG, Marketing, P.O. Box 229, Okema, OK 74859. T get Cobra forms, contact the Hospitalization Department at 504-658-8615.
- All City employees who are part of this layoff must immediately return City property, including cell phones, cars and fuel cards. If City-registered vehicles have been driven out of the city or state due to the evacuation, employees should contact Jay Palestina (504) 658-8635, (504) 915-9845, or (504) 915-9846.

**Overview by zip code**

70114

- Expanded RTA bus routes.
- Sewer system is operational.
- Water service was never interrupted.
- Electric: Service available to 94% of customers
- Trash/debris: 3.7 M cubic yards collected to date.
- Transportation: Roads inspected 100%; Signals Operational 88%; Temporary Stop Sig 100%; RTA providing limited bus service, and limited gas stations open. RTS fare free for six months, and all bus services in circulations have handicapped accessibility. Airp is operational.
- Restoration of electric, gas, and telephone service
- Plan for and provide appropriate Health and Human Services
- Fire coverage operational

70131

- Sewer is operational.
- Water: Service never interrupted.
- Trash/debris: 3.7 M cubic yards collected to date.
- Transportation: Roads Inspected 100%; Signals Operational 88%; Temporary Stop Sig 100%; Limited bus service; Some gas stations open; storm drains: 100%; cars towed 0%; Gen. de Gaulle buses running between Algiers and CBD, Algiers local to provide inner Algiers service RTA fare free for six months. All buses in circulation have handicapped accessibility. Airport is operational.

70115

- Sewer: Sewer is operational.
- Water: potable.
- Elect: Power available to 100% of customers.
- Gas: Service available to 100% of customers.
- Trash/debris: 3.7 M cubic yards collected to date.
- Transportation: Roads Inspected 100%; Signals Operational 46%; Temporary Stop Sig

100%; No bus service; No gas stations open; Catch Basin cleaning (10%); storm drair 75%; cars towed: 0% TBD; PFO will provide bus transport, from convention center to short term state sponsored shelters.
- Fire: Low water pressure.

70118

- Sewer: Sewer is operational.
- Water: Water is potable.
- Elect: Power available to over 97% of customers.
- Gas: Service available to 70% of customers.
- Trash/debris: 3.7 M cubic yards collected to date.
- Transportation: Roads Inspected 95%; Signals Operational 39%; Temporary Stop Sigr 100%; No bus service; No gas stations open. Catch Basin cleaning (0%); storm drains 100%; PFO will provide bus transport, from convention center to short term state sponsored shelters.
- Fire: Low water pressure. Expect to be self-sufficient by 12 Oct 2005.

70116

- Sewer: Sewer is operational.
- Water: Water is potable.
- Elect: Power available to > 75% of customers.
- Gas: Service available to 100% of customers.
- Trash/debris: 3.7 M cubic yards collected to date.
- Transportation: Roads Inspected 100%; Signals Operational 40%; Temporary Stop Sic 100%. No bus service; No gas stations open; Catch Basin cleaning (0%); storm drains 10%; PFO will provide bus transport, from convention center to short term state sponsored shelters.
- Fire: Low water pressure.

70112

- Sewer: Sewer is operational.
- Water: potable.
- Elect: Power available to over 94% of customers.
- Gas: Service available to 99% of customers.
- Trash/debris: 3.7 M cubic yards collected to date.
- Transportation: Roads Inspected 100%; Signals Operational 65%; Temporary Stop Sic 100%. No bus service; No gas stations open; Catch Basin cleaning (10%); storm drair 10%; PFO will provide bus transport, from convention center to short term state sponsored shelters.
- Fire: Low water pressure.
- 911: New system fully operational

70113

- Sewer: Sewer is operational.
- Water: potable.
- Elect: Service available to 100% of customers.
- Gas: Service available to 85% of customers.
- Trash/debris: 3.7 M cubic yards collected to date.
- Transportation: Inspected 100%; Signals Operational 64%; Temporary Stop Signs 100%; No bus service; No gas stations open; catch basin cleaning 10%; storm drains: 75%; PFO will provide bus transport, from convention center to short term state sponsored shelters.
- Fire: Low water pressure.
- 911: New system operational

70130

- Sewer: Sewer is operational.
- Water: potable.
- Elect: Service available to 100% of customers.
- Gas: 93% service available.
- Trash/debris: 3.7 M cubic yards collected to date.
- Transportation: Roads Inspected 100%; Signals Operational 95%; Temporary Stop Sic 100%; No bus service; No gas stations open; catch basin cleaning 0%; storm drains: 100%; storm sewer operations.
- Fire: Low water pressure.
- 911: New system operational

70124

- Sewer: Sewer system is operational.
- Water: potable.
- Elect: Service available to 28% of customers.
- Gas: Service available to 25% of customers.
- Debris: 3.7 M cubic yards collected to date.
- Transportation: Roads Inspected 90%; Signals Operational 0%; Temporary Stop Signs 100%;. No bus service; no gas stations open.
- Fire: operational
- 911: New system operational

70125

- Sewer: Sewer is operational.
- Water: potable.
- Elect: Service available to 99% of customers.
- Gas: 12% service available.
- Debris: 3.7 M cubic yards collected to date.
- Transportation: Roads Inspected 95%; Signals Operational 0%; Temporary Stop Signs 95%; No bus service; no gas stations open; storm drains: 100%.
- Fire: Low water pressure; delayed response
- 911: Operational

70119

- Sewer: Sewer is operational.
- Water: potable.
- Elect: Service available to 80% of customers.
- Gas: 8% service available.
- Debris: 3.7 M cubic yards collected to date.
- Transportation: Roads Inspected 95%; Signals Operational 0%; Temporary Stop Signs 100%; No bus service; no gas stations open; storm drains: 100%.
- Fire: No water pressure
- 911: Operational

70122

- Sewer: Sewer system is inoperative.
- Water: potable.
- Elect: Service available to 84% of customers.
- Gas: 45% service available.
- Debris: 3.7 M cubic yards collected to date.
- Transportation: Roads Inspected 95%; Signals Operational 0%; Temporary Stop Signs 95%; No bus service; no gas stations open.
- Fire: Low water pressure; delayed response
- 911: Operational

70126

- Sewer: Sewer system is inoperative.
- Water: Water for fire protection only - not potable.
- Elect: Downman/Lower-0% of power available/Upper-31%.
- Gas: Downman/Lower- 12% service available/Upper- 9% available.
- Debris: 3.7 M cubic yards collected to date.
- Transportation: Roads Inspected 90%; Signals Operational 0%; Temporary Stop Signs 100%.
- 911: Operational

70127

- Sewer: Sewer system is inoperative.
- Water: Water for fire protection only - not potable.
- Elect: Service available to 0% of customers.
- Gas: 0% service available.
- Debris: 3.7 M cubic yards collected to date.
- Transportation: Roads Inspected 90%; Signals Operational 0%; Temporary Stop Signs 100%.
- 911: Operational

70128

- Sewer: Sewer system is inoperative.
- Water: Water for fire protection only - not potable.
- Elect: Service available to 0% of customers.
- Gas: 0% service available.
- Debris: 3.7 M cubic yards collected to date.
- Transportation: Roads Inspected 90%; Signals Operational 0%; Temporary Stop Signs 100%.
- 911: Operational

70129

- Sewer: Sewer system is inoperative.
- Water: Water for fire protection only - not potable.
- Elect: Service available to less than 25% of customers.
- Gas: 0% service available.
- Debris: 3.7 M cubic yards collected to date.
- Transportation: Roads Inspected 90%; Signals Operational 0%; Temporary Stop Signs 100%.
- 911: Operational

70117

- Sewer: Sewer system is inoperative.
- Water: Water for fire protection only - not potable.
- Elect: Upper 9th Ward- service available to 31% of customers; lower 9th-service available less than 25%.
- Gas: 0% service available.
- Debris: 3.7 M cubic yards collected to date.
- Transportation: Roads Inspected Upper-95%, Lower 35%; Signals Operational 0%; Temporary Stop Signs Upper-100%, Lower 90%.
- 911: Operational

70148

- UNO Lake Front Arena status same as Zip Code 70122

**Public health and medical systems**

For a list of hospitals and clinics that are open in Orleans and Jefferson Parish please visit our Hospitals and Clinics page.

Open pharmacies and retail sites:

| Name | Address |
|---|---|
| Save A Center | 4001 Gen. DeGaulle |
| CVS | #5503 - 4901 Prytania St, New Orleans 70115 |
| Walgreens | 5300 Tchoupitoulas Street - Orleans<br>1815 Airline - Laplace |
| Rite AID | #7234 - 6425 Airline Highway, Metairie 70003<br>#7235 - 7060 Veterans Memorial Blvd, Metairie 70003<br>#7237 - 725 Veterans Memorial Blvd, Metairie 70005<br>#7238 - 800 Metairie Road - Suite D, Metairie 70005<br>#7239 - 4936 Veterans Memorial Blvd, Metairie 70006 (open in trailer, limited front end goods)<br>#7240 - 4300 West Esplanade Avenue, Metairie 70006<br><br>#7245 - 497 Terry Parkway, Terrytown 70056<br>#7251 - 4535 Westbank Expressway, Marreo 70072<br>#7253 - 1082 Westbank Expressway, Westwego 70094<br>#7268 - 8225 Jefferson Highway, Harahan 70123<br>#7277 - 4350 General de Gaulle Drive, New Orleans 70131<br>457 Lapalco Blvd. - Harvey<br>818 West Bank Expressway - Westwego<br>89 West Bank Expressway |

2 stores in Marrero are OPEN
Algiers is OPEN

- Based on communication with the Division Director of the Metropolitan Human Service District, services for substance abuse counseling, crisis counseling, patient case management, inpatient follow-up, and psychiatric medications will be available starting Monday, October 10th from 9am-4:30pm at the following three locations:
  - Plaquemines Center for Addictive Disorders, 3701 Main Street, Belle Chase, LA 504-393-5624
  - Arthur Monday community Health Clinic, 111 Newton St., Algiers, LA, 504-364 5643
  - Meadowcrest City Health Clinic, 4122 Gen Meyer Avenue, Algiers, LA, 504-364 4066

- Mental Health/Resilience Listserve: At the request of local partners, CDC developed a mental health/resilience listserve to assist in communication among partners. Since its creation, there have been messages sent out updating partners about the opening of mental health services, availability of psychiatric beds, etc. To join, send a blank email NOMHR-subscribe@yahoogroups.com.
- Per executive order 47, the Governor of Louisiana has extended period for which out o state licensed medical personnel may operate. The current deadline is set for October 25, 2005.
- Two crisis hotlines are operational: 1-800-273-TALK and 1-800-749-COPE.
- Tulane, in conjunction with the NOHD, has set up three additional community clinics providing both urgent and primary care, along with mental health services. They are operational as of 9/29. The clinics are located at: Harrah's Casino (Convention Center Blvd and Poydras St.); Covenant House (611 Rampart St.); Uptown Square Health Center (Broadway and River Rd.). Furthermore, prescription services and immunizatio are/will be available at all sites.

**Long term recovery and mitigation**

- U.S. Attorney and Federal Court are operational in Baton Rouge, while the Magistrate Court is operational in Gretna

**Domestic animals**

- All animals not reunited with their families are available for adoption.
- To find a rescued animal, visit www.petfinder.com.

**Transportation**

For transportation questions, citizens can call 504-658-8000

MAJOR FREIGHT LINES:

- Union Pacific (UP): All lines are open.
- Burlington Northern Santa Fe (BNSF): All lines are open.
- CSX Transportation (CSXT): All lines are open with the exception of the line from New Orleans to Pascagoula, MS.
- Norfolk Southern (NS): All lines are open.
- Kansas City Southern (KCS): All lines are open.
- Canadian National (CN): All lines are open.
- UP, BNSF, NS, KCS, and CN all have rail access to the outskirts of New Orleans, however, rail traffic within the city itself is limited.

**ROADS AND HIGHWAYS**

- I-10 Slidell Twin Span Bridge: one lane open to two-way traffic
- US-11 Bridge & Pontchartrain Causeway: closed with limited access to emergency relie vehicles only
- LA-23 Remains flooded and blocked from Katrina
- I-10 at Lake Charles is now open.

**Ports, Pipelines and Refineries**

- Port of New Orleans: Operational to 42 feet
- Port of Fourchon: Operation to 24 feet
- The Industrial Canal is open east of the Cowan/Lorraine bridge.
- All major interstate crude oil, refined product, and natural gas transmission pipelines a operating
- Louisiana Offshore Oil Port (LOOP) operating at 75% capacity.
- Numerous reports of oil and gas leaks in the Gulf of Mexico. Some of these may be fro pipelines.

**AIR**

The following airports are open and operational for commercial, civil and military flights:

- Baton Rouge Metropolitan Airport, LA (BTR)
- Lafayette Regional Airport, LA (LFT)
- Lake Charles Regional Airport (LCH)
- Harry P. Williams Memorial Airport, Patterson, LA (PTN)
- Alexandria International Airport, LA (AEX)
- Gulfport-Biloxi International Airport (GPT) (MSY) Mississippi
- Louis Armstrong New Orleans International Airport
  - operating at 33% pre-Katrina by December 1, 2005
  - 24-25 passenger flights per day
  - 3-4 concourses open
  - Concessions beginning to open

The following airports are open, but may be limited to visual and/or daytime operations:

- Houma Terrebonne Airport (HUM)
- Naval Air Station Alvin Callendar (NBG)
- Chennault International, Lake Charles(CWF)
- Northshore Regional, Hammond (HDC)
- Thibodaux Municipal Airport (L83)
- Slidell Airport (ASD)

**TRAIN STATION**

Currently Amtrak has two trains leaving and arriving in New Orleans daily.

| | |
|---|---|
| Departures: | |
| 7:20 a.m. | Atlanta/New York |
| 1:45 p.m. | Memphis/Carbondale/Chicago |
| | |
| Arrivals: | |
| 3:32 p.m. | Chicago/Carbondale/Chicago |
| 7:20 p.m. | New York/Atlanta |

Due to damage to the rail tracks, no east/west trains are scheduled to run until early January.

**RTA**

RTA began free limited transit service on Sunday, October 2.

RTA have buses running from Baton Rouge to New Orleans free of charge.

To get bus route schedules go to www.norta.com.

**GREYHOUND STATION**

Daily bus service to and from New Orleans began on October 31, 2005. Two busses are scheduled to arrive and depart daily from the city.

- One bus is scheduled to leave Baton Rouge at 10:15 a.m., arriving in New Orleans at 12:15 p.m.
- A second bus is scheduled to depart Houston, TX for New Orleans with stops in Baytow

Beaumont, Port Arthur, TX, Lake Charles, Lafayette, and Baton Rouge.

- Passengers departing New Orleans can board at the Loyola Avenue station for departu to Baton Rouge at 12:45 p.m. and 4:30 p.m.

**PARKING:**

- Parking tickets are being issued in the French Quarter and Central Business District.
- Towing will be discontinued daily at 7 p.m. until further notice.
- Please adhere to the parking laws in the City of New Orleans. There is no parking in restricted or passenger zones, and vehicles may not block intersections.
- Six tow trucks and three flatbeds (provided by Car Crushers) removing vehicles from routes in zip code areas to be repopulated.
- 812 Cars towed by Car Crushers
- 2,991 Cars towed by City tow truck drivers

**Debris Management**

- Garbage pick up has started once a week throughout the city.
- The estimated quantity of debris in the New Orleans area is 50 million cubic yards. The City Debris Management team is working with the Army Corps of Engineers to remove debris and refuse from businesses and residences in the N.O. area. Thus far, a total of 3.7 M cubic yards of debris and refuse has been removed.
- There are numerous waste streams. 1) Green (trees and other vegetative debris), 2) construction and demolition debris (mostly from demolished buildings - which includes wood, furniture, rugs, sheet rock, roofing materials, electrical and plumbing materials among others), 3) White goods (including appliances such as refrigerators, air conditioners), 4) Household hazardous materials.
- To assist in the collection of trash and debris, residents must separate debris into different piles curbside for separate collections. This will speed the removal of trash an debris. Items should be separated into the following categories:
    - Household garbage (dispose as usual) except spoiled food MUST be bagged in black plastic trash bags.
    - Tree debris and clean wood
    - Carpet, sheetrock, insulation, flooring and furniture, etc.
    - Roofing materials
    - Appliances such as refrigerators (emptied of contents), stoves, and air conditioners.
    - Household hazardous wastes such as pesticides, paints, solvents, automotive fluids and cleaning products. We are working on developing a program to hand these items, which will be announced at a later date. In the meantime, please store them in a safe place.
- It is against the law in Orleans Parish to have any open fire without a permit. Resident should not burn any storm debris because of potentially toxic fumes. Smoke from fires can also impede visibility for aircraft in the area. Open-flame cooking is also prohibited multi-family dwellings or dwellings with two or more stories, or within 10 feet of a building.
- Debris has been pushed to the side on all streets. Streets are passable.

**Emergency Management**

- Command staff developed a contingency plan in case significant rainfall causes a levee breach.
- The Emergency Operations Center is fully activated and operational under the Incident Command System.
- The EOC is working under written Incident Action Plans to coordinate tactical operatior in the field.

**Infrastructure**

**Electric**

**64 percent of customers in Orleans Parish have service.**

**Gas**

- **Total Entergy Gas Customers 144,963**
- Total Gas Customers Assessed 123,989 (86 percent)

- Total Gas Customers Secured 142,984 (99 percent)
- Total Gas Customers Restored 56,810 (50 percent)
- Total Meters Shut and Locked to Date 69,933 (48%)

**Hurricane Katrina Gas Assessment & Restoration Report**

| Zip Code | Area | Comments |
|---|---|---|
| 70112 | CBD | 100% FULLY RESTORED |
| 70113 | Central City | 100% Partially Restored; Many Meter Valves OFF |
| 70114 | Algiers | 100% FULLY RESTORED |
| 70115 | Garden District | 95% Partially RESTORED; HP is OK - Water in UP |
| 70116 | French Quarter | 100% Water in UP system |
| 70117 | 9th Ward - Upper | 9% Water in UP system |
| 70117 | 9th Ward - Lower | 0% Heavy wind & flood damage. Debris hazard |
| 70118 | Audubon | 70% Partially RESTORED; Water in UP system |
| 70119 | City Park | 8% Water in UP system |
| 70122 | Gentilly | 50% Water in UP system |
| 70124 | LakeView | 35% Water in UP system |
| 70125 | Mid City | 12% Water in UP system |
| 70126 | Downman | 12% Heavy wind & flood damage |
| 70127 | NO East | 0% Heavy wind & flood damage. |
| 70128 | NO East | 0% Heavy wind & flood damage. |
| 70129 | NO East | 0% Heavy wind & flood damage. |
| 70130 | Warehouse District | 100% Mostly RESTORED |
| 70131 | | 100% FULLY RESTORED |
| TOTAL CUSTOMERS **144,963 46%** | | |

**Emergency Services**

**Emergency Medical Services**

- Orleans EMS is currently running 24 hours operations with 33 units per day
- There are 26 units currently working 24 hours per day.
- There were 33 emergency calls within the past 24 hour period.

**Law Enforcement and Public Safety**

- Crisis Intervention Unit working from 10 am to 6 pm
- NOPD will begin handling traffic accidents and enforce traffic laws in the Central Busine District.

**Fire Department**

- All stations are staffed in Algiers.
- Fire fighters continue checking hydrants and conducting building inspections.
- Fire department infrastructure: four stations are fully operational, with others at variou stages of operability.

**Corps of Engineers**

For more information regarding the Army Corps of Engineers debris removal, call 1-800-849-1355.

**Coast Guard**

- No new spills reported (423 to date, 13 considered significant only one of which is in Orleans Parish)
- 198 bulk liquid facilities in the area are now waiting post hurricane Rita assessments.
- USCG reports that 98 percent of oil released into environment has been recovered, contained, evaporated or dispersed naturally.
- The harbor is operational around the clock, with a logistics support center operational Gov. Nichols St. Wharf.
- Offshore facilities: 52 platforms lost, 58 damaged / 3 MODUs (Mobile offshore drilling

rig) sank, 16 damaged

- Six local wharves are damaged: Louisa, Congress, Desire, Piety, Press and Mandeville
- All pollution incidents need to be reported to 1-800-424-8802.
- 14 vessels are expected in port for cargo operations (steel).
- Taking approximately 6-7 days to offload cargo. Pre-Katrina off load time was one day

--END--

**Office of Communications**

Home | Residents | Businesses | Government | Visitors | Site Info | Site Map | Contact Us
All content materials © The City of New Orleans

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JANEICE LISA SYLVESTER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-5527** |
| **LAMBERT BOISSIERE, ET AL.** | **SECTION "K"(4)** |

**ORDER**

It has come to the Court's attention that the relief sought in the Complaint filed in the instant case with respect to directing defendant FEMA to provide Defendant Constables with current addresses of evacuees facing eviction proceedings is contemplated under 42 U.S.C. § 5174(f)(2) which states in relevant part:

(2) Access to records

> In providing assistance to individuals and households under this section, the President shall provide for the substantial and ongoing involvement of the States in which the individuals and households are located, including by providing to the States access to the electronic records of individuals and households receiving assistance under this section in order for the States to make available any additional State and local assistance to the individuals and households.

42 U.S.C.A. § 5174. *See also* 44 C.F.R. §206.110(j)(2).

Exhibit
V

However, it has further come to the attention of the Court that FEMA has taken the position that this provision is inapplicable to the instant relief sought and further that plaintiffs would be required to comply with the Freedom of Information Act ("FOIA") which would mean a 120 day delay rendering the relief sought moot. Accordingly,

**IT IS ORDERED** that Jordan Fried of FEMA shall appear in person before this Court on Tuesday, November 22, 2005 at 1:30 p.m. in New Orleans, Louisiana, to show cause why the relief requested should not be ordered.

New Orleans, Louisiana, this 18th day of November, 2005.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JANEICE LISA SYLVESTER, et al** | * | **CIVIL ACTION 05-5527** |
| **v.** | * | **SECTION "K" (4)** |
| **LAMBERT BOSSIERE, et al** | * | **JUDGE DUVAL** |

* * * * * * *

**ORDER**

All the parties herein met with the Judge on November 22, 2005 and have confected the following agreement:

1) The provisions of this order apply to all pending and future evictions in Orleans and Jefferson Parishes where tenants whereabouts are unknown and who were residing at the premises at issue on or before August 29, 2005 (hereinafter "Tenants"). All these provisions are taken in addition to the provisions of the La. Code of Civil Procedure for the protection of the rights of all parties to an eviction;

2) Non-FEMA defendants will contact FEMA with the name, address, and/or social security number of Tenants.

3) Defendants requests shall be made pursuant to 5 U.S.C. 552a(b)(11) and shall be accompanied by a computerized spreadsheet, database or similar electronic file containing the full name, social security number, and/or last known address, for each Tenant for whom an address is sought;

4) The requests shall state that the Tenant's addresses will only be used to provide notices of eviction proceedings pending against them in the court served by the requesting defendant;

5) The requests shall further state that the requesting defendants will protect the addresses of the Tenants in the same manner that the Privacy Act requires FEMA to



Exhibit
W

protect the addresses of the Disaster Assistance applicants and that the requesting defendants will comply with the requirements of 5 U.S.C. 552a.

6) The requests shall further state that the requesting defendants will not disclose the Tenants' addresses to any other entities, and shall not use the Tenants addresses for any purpose other than notifying the Tenants of eviction proceedings;

7) The requests shall further state that the requesting defendants shall maintain the list of Tenants' addresses received from FEMA under seal and that such addresses shall not be made available to the public and/or used in any documents filed or to be filed in a public record;

8) FEMA shall make all reasonable effort to provide to the requesting defendant the names and addresses of the Tenants from its database or with notice that no match was found within five (5) business days or as soon thereafter as practicable;

9) Once FEMA advises the requesting defendants of the most current address of Tenant, if known, or that they have no address for Tenant, defendants shall mail out notice of rule of possession to best address of Tenant. If FEMA reports that they have no address for Tenant, then defendants will mail out notice to the last known address;

10) The rule for possession will be set for hearing no less than forty-five (45) days from the day of mailing;

11) This agreement will remain in effect for one year from the date hereof, except any party to this proceeding may bring a motion with appropriate notice to all parties;

New Orleans, Louisiana, this 22nd day of November, 2005.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**

# HB27 - 2005 1st Extraordinary Session (Act 24)

| | |
|---|---|
| Author: **SALTER** | Status: **SIGNED BY THE GOVERNOR ACT 24** |
| Summary: **ELECTIONS/SPECIAL:** Provides for a special statewide election for the purpose of submitting constitutional amendments to the electors of the state (Item #4) (EN +$2,848,207 GF EX See Note) | *Updated: 11/29/2005* |

| Date | Chamber | Page | Action |
|---|---|---|---|
| 11/29/2005 | H | | Effective date 11/29/05. |
| 11/29/2005 | H | | Signed by the Governor. Becomes Act No. 24. |
| 11/22/2005 | H | | Sent to the Governor for executive approval. |
| 11/21/2005 | S | | Signed by the President of the Senate. |
| 11/21/2005 | H | | Enrolled and signed by the Speaker of the House. |
| 11/20/2005 | H | | Received from the Senate without amendments. |
| 11/18/2005 | S | 12 | Read by title and finally passed, 34 yeas and 0 nays. Title read and adopted and bill ordered to the House. Motion to reconsider tabled. |
| 11/18/2005 | S | 12 | Rules suspended |
| 11/17/2005 | S | 1 | Reported without Legislative Bureau amendments, read by title and passed to a third reading. |
| 11/16/2005 | S | 7 | Read by title and referred to the Legislative Bureau. |
| 11/15/2005 | S | 16 | Designated a duplicate of SB No. 64. |
| 11/15/2005 | S | 16 | Received in the Senate; rules suspended; read first time by title, lies over under the rules. |
| 11/15/2005 | H | 7 | Read third time by title, roll called on final passage, yeas 91, nays 10. Finally passed, title adopted, ordered to the Senate. |
| 11/14/2005 | H | 21 | Rules suspended. Read by title, amended, ordered engrossed, passed to 3rd reading - regular calendar. |
| 11/14/2005 | H | 20 | Reported with amendments (7-0) (Regular). |
| 11/06/2005 | H | 10 | Read by title, rules suspended, referred to the Committee on House and Governmental Affairs. |

Exhibit X

| | | |
|---|---|---|
| 11/04/2005 | H | Under the rules, provisionally referred to the Committee on House and Governmental Affairs. |
| 11/04/2005 | H | Prefiled. |

Back to Previous Page

Get Acrobat Reader to view files accessed from this page.
Acrobat Reader version 4 or higher is needed to view the files on this page.

**ENROLLED**

First Extraordinary Session, 2005

# ACT No. 24

HOUSE BILL NO. 27 (DUPLICATE OF SENATE BILL NO. 64)

BY REPRESENTATIVE SALTER AND SENATOR HINES AND COAUTHORED BY REPRESENTATIVES ALARIO, DEWITT, DORSEY, AND HAMMETT AND SENATORS HEITMEIER AND MOUNT

AN ACT

To provide for a special statewide election on the fifth Saturday in April of 2006 for the purpose of submitting constitutional amendments to the electors of the state; to provide for the conduct of such election; and to provide for related matters.

Be it enacted by the Legislature of Louisiana:

Section 1. A special statewide election shall be held on the fifth Saturday in April of 2006 for the purpose of submitting to the electors of the state any proposed constitutional amendments proposed by the legislature in accordance with law for submission on such date.

Section 2. The election for which provision is made in this Act shall be held in compliance with and subject to the applicable provisions of the Louisiana Election Code, except that for each precinct for such statewide special election in which no other election is being conducted, there shall be no more than two commissioners and a commissioner-in-charge selected by the parish board of election supervisors in accordance with the Louisiana Election Code.

Section 3. This Act shall become effective upon signature by the governor or, if not signed by the governor, upon expiration of the time for bills to become law without signature by the governor, as provided by Article III, Section 18 of the Constitution of Louisiana. If vetoed by the governor and subsequently approved by the legislature, this Act shall become effective on the day following such approval.

______________________________
SPEAKER OF THE HOUSE OF REPRESENTATIVES

______________________________
PRESIDENT OF THE SENATE

______________________________
GOVERNOR OF THE STATE OF LOUISIANA

APPROVED: ________________

# SB89 - 2005 1st Extraordinary Session

| Author: **JONES** | Status: |
| --- | --- |
| Summary: **VOTERS/VOTING:** Provides for holding elections impaired as a result of a gubernatorially declared disaster or emergency pursuant to a plan for registration, early voting, absentee voting by mail, and election day voting. (gov sig) | **SENT TO THE GOVERNOR** *Updated: 11/22/2005* |

| Date | Chamber | Page | Action |
| --- | --- | --- | --- |
| 11/22/2005 | S | | Sent to the Governor for executive approval on 11/23. |
| 11/22/2005 | H | | Signed by the Speaker of the House. |
| 11/22/2005 | S | | Enrolled and signed by the President of the Senate. |
| 11/22/2005 | S | | Rules suspended. Amendments proposed by the House read and concurred in, 28 yeas and 0 nays. Motion to reconsider tabled. |
| 11/22/2005 | S | | Received from the House with amendments. |
| 11/21/2005 | H | | Read third time by title, roll called on final passage, yeas 101, nays 2. Finally passed, ordered to the Senate. |
| 11/20/2005 | H | | Rules suspended. Read by title, amended, passed to 3rd reading - regular calendar. |
| 11/20/2005 | H | | Reported without Legislative Bureau amendments. |
| 11/20/2005 | H | | Reported with amendments (5-0) (Regular). Referred to the Legislative Bureau. |
| 11/16/2005 | H | 3 | Read by title, under the rules, referred to the Committee on House and Governmental Affairs. |
| 11/15/2005 | H | 21 | Received in the House from the Senate, rules suspended, read by title, lies over under the rules |
| 11/15/2005 | S | 11 | Read by title and finally passed as amended 24 yeas and 13 nays. Title read and adopted, bill ordered to the House. Motion to reconsider tabled. |
| 11/14/2005 | S | 31 | Rules suspended; reported favorably, rules suspended, read by title; ordered engrossed and passed to a third reading. |
| 11/10/2005 | S | 1 | Introduced in the Senate, rules suspended, read first and second time by title and referred to the committee on Senate and Governmental Affairs. |

Exhibit

Y

First Extraordinary Session, 2005 **ENROLLED**

SENATE BILL NO. 89

BY SENATOR JONES AND REPRESENTATIVES BRUNEAU AND LANCASTER

AN ACT

To enact R.S. 18:401.3, relative to holding certain elections; to authorize the secretary of state to develop and implement an emergency plan relative to holding certain elections impaired as a result of a gubernatorially declared disaster or emergency; to require and provide for gubernatorial and legislative approval of such emergency plan prior to implementation; and to provide for related matters.

Be it enacted by the Legislature of Louisiana:

Section 1. R.S. 18:401.3 is hereby enacted to read as follows:

**§401.3. Emergency plan by secretary of state; gubernatorial and legislative approval**

**A. Due to the occurrence of a gubernatorially declared emergency or disaster occurring before or during a regularly scheduled or special election, and in order to ensure maximum citizen participation in the electoral process and provide a safe and orderly procedure for persons seeking to exercise their right to vote, minimize to whatever degree possible a person's exposure to danger during declared states of emergency, and protect the integrity of the**



Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

**electoral process, it is hereby declared to be necessary to provide a procedure for the development of an emergency plan for the holding of elections impaired as a result of such an emergency or disaster.**

**B. After the issuance of an executive order by the governor declaring a state of emergency and if the secretary of state determines that such emergency impairs an election that may otherwise be held except for technical, mechanical, or logistical problems with respect to the relocation or consolidation of polling places within the parish, potential shortages of commissioners and absentee commissioners, or shortages of voting machines, the secretary of state shall certify such facts and the reasons therefor to the governor, the Senate Committee on Senate and Governmental Affairs, and the House Committee on House and Governmental Affairs. If the governor and a majority of the members of each committee concur that such an emergency plan is necessary, the secretary of state shall develop an emergency plan in writing that proposes a resolution to technical, mechanical, or logistical problems impairing the holding of the election with respect to the relocation or consolidation of polling places within the parish, potential shortages of commissioners and absentee commissioners, or shortages of voting machines.**

**C. The written emergency plan shall be submitted by the secretary of state to the Senate Committee on Senate and Governmental Affairs, the House Committee on House and Governmental Affairs, and the governor as soon as practicable following their concurrence with his certification. If a majority of the members of the Senate Committee on Senate and Governmental Affairs and of the House Committee on House and Governmental Affairs approve the emergency plan, such plan shall be submitted to the members of each house of the legislature for approval by mail ballot as provided in this Section. If a majority of the members of each house of the legislature and the governor approve the emergency plan, the secretary of state shall take all steps necessary to implement the plan and all officials of the state and of any political subdivision thereof shall cooperate with and provide assistance to the secretary**



Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

**of state as necessary to implement the plan.**

**D.(1) In order to obtain the approval of a majority of the elected members of each house of the legislature, the secretary of the Senate and the clerk of the House of Representatives shall jointly prepare and transmit a ballot to each member of the legislature by certified mail with return receipt requested unless the legislature is in session and the ballots may be distributed and returned during the session as provided in this Subsection.**

**(2)(a) The ballot shall be uniform and the materials sent with the ballot shall include:**

**(i) A copy of the secretary of state's certification that the emergency impairs an election that may otherwise be held except for certain technical, mechanical, or logistical problems and the reasons therefor.**

**(ii) A copy of the emergency plan.**

**(iii) A copy of the roll call votes of the Senate Committee on Senate and Governmental Affairs and the House Committee on House and Governmental Affairs on the approval of the emergency plan.**

**(iv) The date and time on which the ballot may be returned to the secretary of the Senate or the clerk of the House of Representatives, as the case may be, in order for the ballot to be valid.**

**(b) Each ballot shall contain the name of the member to whom it is to be mailed or delivered, and the member shall sign the ballot after casting his vote.**

**(3) The ballots mailed to all members shall be postmarked on the same day and shall be returned to the secretary of the Senate or the clerk of the House of Representatives, as the case may be, within fifteen days after the postmarked date; or, when such ballots are delivered to the members of the legislature while in session, the ballots shall be returned to the secretary of the Senate or the clerk of the House of Representatives, as the case may be, within five days after the date the ballots were delivered to members. No ballot received after five o'clock p.m. on the fifth day after the date on which the ballots were delivered to the members during session or after five o'clock p.m.**

**on the fifteenth day after the date on which the ballots were mailed shall be valid or counted, and the date and time received shall be marked on each such ballot and the ballot shall be marked "Invalid." Prior to five o'clock p.m. on the fifth day after the date when delivered to the members of the legislature while in session or prior to five o'clock p.m. on the fifteenth day after the postmarked date if mailed to the members of the legislature, a member may withdraw his ballot or change his vote upon his written request.**

**(4) On the seventeenth day after the date on which the ballots were mailed, or the seventh day after the date on which the ballots were delivered to the members of the legislature in session as provided in this Subsection, the secretary of the Senate and the clerk of the House of Representatives shall, at a public meeting, jointly open and tabulate the vote in roll call order for each house of the legislature. The tabulation sheet shall indicate by name each member who voted in favor of the plan, each member who voted against the plan, each member who did not return the ballot by the deadline, and each member whose ballot was invalid because it was not marked or signed by the member. The secretary of the Senate and the clerk of the House of Representatives shall each sign the tabulation sheet and cause a certified copy thereof to be transmitted to the secretary of state, the governor, and the chairmen of the Senate Committee on Senate and Governmental Affairs and House Committee on House and Governmental Affairs.**

**(5) The tabulation sheet shall be a public record.**

**(6) If regular mail service is impaired, the secretary of the Senate and the clerk of the House of Representatives shall utilize any method necessary to deliver the ballots, including commercial delivery, electronic transmission, or hand delivery, and shall keep a record of the manner of delivery utilized to deliver the ballot to each member and the date the ballot was so transmitted to each member. For the purposes of this Subsection, if such an alternative delivery method is so required, the date on which the ballot was so transmitted shall be considered to be the date postmarked.**

Section 2. This Act shall become effective upon signature by the governor or, if not signed by the governor, upon expiration of the time for bills to become law without signature by the governor, as provided by Article III, Section 18 of the Constitution of Louisiana. If vetoed by the governor and subsequently approved by the legislature, this Act shall become effective on the day following such approval.

PRESIDENT OF THE SENATE

SPEAKER OF THE HOUSE OF REPRESENTATIVES

GOVERNOR OF THE STATE OF LOUISIANA

APPROVED: ____________



Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

# HCR2 - 2005 1st Extraordinary Session

| Author: **LANCASTER** | Status: |
|---|---|
| Summary: **VOTING/REGISTRATION:** Suspends the provisions of law relative to the annual canvass of voters until 60 days after the 2006 Regular Session (Item #56) (EN DECREASE GF EX See Note) | **SENT TO THE GOVERNOR** *Updated: 11/22/2005* |

| Date | Chamber | Page | Action |
|---|---|---|---|
| 11/22/2005 | H | | Taken by the Clerk of the House to the Governor in accordance with the Rules of the House. |
| 11/21/2005 | S | | Signed by the President of the Senate. |
| 11/21/2005 | H | | Enrolled and signed by the Speaker of the House. |
| 11/20/2005 | H | | Received from the Senate without amendments. |
| 11/20/2005 | S | | Read by title and concurred in by the vote of 36 yeas and 0 nays and ordered to the House. |
| 11/18/2005 | S | 1 | Reported without Legislative Bureau amendments, read by title and passed to a third reading. |
| 11/17/2005 | S | 10 | Reported favorably, rules suspended, read by title and referred to the Legislative Bureau. |
| 11/14/2005 | S | 5 | Received in the Senate. Rules suspended read first and second time by title and referred to the committee on Senate and Governmental Affairs. |
| 11/11/2005 | H | 4 | Read by title, roll called on final consideration, yeas 103, nays 0. The resolution was adopted and ordered to the Senate. |
| 11/10/2005 | H | 23 | Rules suspended. Read by title, ordered engrossed, passed to 3rd reading. |
| 11/10/2005 | H | 22 | Reported favorably (8-0). |
| 11/06/2005 | H | 6 | Read by title, rules suspended, referred to the Committee on House and Governmental Affairs. |
| 11/03/2005 | H | | Under the rules, provisionally referred to the Committee on House and Governmental Affairs. |
| 11/03/2005 | H | | Prefiled. |

Back to Previous Page

Exhibit Z

**ENROLLED**

First Extraordinary Session, 2005

HOUSE CONCURRENT RESOLUTION NO. 2

BY REPRESENTATIVES LANCASTER AND JEFFERSON AND SENATOR JONES

A CONCURRENT RESOLUTION

To suspend until sixty days after final adjournment of the 2006 Regular Session of the Legislature of Louisiana the provisions of R.S. 18:192, which provides for the annual canvass of registered voters.

WHEREAS, R.S. 18:192 requires each registrar of voters to conduct an annual canvass of the names of registrants in all precincts and authorizes the Department of State to use the United States Postal Service or its licensee to verify the names and addresses of the registrants in all precincts in the state; and

WHEREAS, R.S. 18:192 requires each registrar of voters to mail registrants a card with instructions to the postmaster to deliver only as addressed or return to sender and provides that if the card is returned or if the postmaster provides a corrected address outside the parish, the registrar shall challenge the registrant on the ground that the registrar has reason to believe the registrant is no longer qualified to be registered; and

WHEREAS, Hurricanes Katrina and Rita struck the state of Louisiana causing severe flooding and damage to the southern part of the state, devastating the lives of many citizens of the state of Louisiana, and causing damage and destruction to public and private property and the disruption of services to our citizens; and

WHEREAS, since Hurricanes Katrina and Rita, regular mail service to many ZIP Codes in Louisiana was suspended, and as a result of the disruption of regular mail service, the citizens of these areas were urged to file forwarding orders and change of address forms with the United States Postal Service; and

WHEREAS, since Hurricanes Katrina and Rita, over three hundred twenty-seven thousand change of address forms have been filed for ZIP Codes in the most devastated areas of our state.

THEREFORE, BE IT RESOLVED that the Legislature of Louisiana hereby suspends the provisions of R.S. 18:192.

BE IT FURTHER RESOLVED that this suspension shall become effective upon adoption of this Resolution and shall extend through the sixtieth day after final adjournment of the 2006 Regular Session of the Legislature of Louisiana.

SPEAKER OF THE HOUSE OF REPRESENTATIVES

PRESIDENT OF THE SENATE

# HCR31 - 2005 1st Extraordinary Session

Author: **GRAY**

Summary: **ELECTIONS:** Requests the Louisiana secretary of state to work cooperatively with other agencies to contact all displaced individuals to provide them information relative to their voting rights and how to register to vote and vote in upcoming elections

Status:
**FILED WITH THE SECRETARY OF STATE**
*Updated: 11/17/2005*

| Date | Chamber | Page | Action |
|---|---|---|---|
| 11/17/2005 | H | | Taken by the Clerk of the House and presented to the Secretary of State in accordance with the Rules of the House. |
| 11/16/2005 | S | 34 | Signed by the President of the Senate. |
| 11/15/2005 | H | 23 | Enrolled and signed by the Speaker of the House. |
| 11/14/2005 | H | 1 | Received from the Senate without amendments. |
| 11/14/2005 | S | 8 | Received in the Senate. Rules suspended, read by title and concurred in by the vote of 25 yeas and 0 nays and ordered to the House. |
| 11/11/2005 | H | 6 | Read by title, adopted, ordered to the Senate. |
| 11/10/2005 | H | 24 | Rules suspended. Read by title, amended, ordered engrossed, passed to 3rd reading. |
| 11/10/2005 | H | 22 | Reported with amendments (7-0). |
| 11/08/2005 | H | 10 | Read by title, rules suspended, referred to the Committee on House and Governmental Affairs. |

Back to Previous Page

Get Acrobat Reader to view files accessed from this page.
Acrobat Reader version 4 or higher is needed to view the files on this page.

Exhibit
AA

**ENROLLED**

First Extraordinary Session, 2005

HOUSE CONCURRENT RESOLUTION NO. 31

BY REPRESENTATIVE GRAY

A CONCURRENT RESOLUTION

To strongly urge and request the Louisiana secretary of state to make every extraordinary effort and to work with other state and federal agencies to contact individuals displaced by Hurricanes Katrina and Rita in order to provide them information relative to their voting rights and how to register to vote and vote in upcoming elections.

WHEREAS, in the aftermath of Hurricanes Katrina and Rita, the state is facing numerous unprecedented challenges related to voting and elections issues; and

WHEREAS, of vital importance is the need for all citizens who have been displaced by the storms to be informed about their voting rights as well as how to register to vote and vote in upcoming elections; and

WHEREAS, it is imperative that the secretary of state's office and the Federal Emergency Management Agency as well as other state and federal agencies work cooperatively to obtain the names and addresses of citizens who have been displaced and that they unify to make a coordinated and unwavering effort across agency lines to work in the best interest of Louisiana's displaced citizens by providing them with all necessary voting information; and

WHEREAS, a national public service advertising campaign should be implemented, pro bono if possible, employing radio, television, direct mail, and all other potential methods of communication in order to reach the displaced Louisianians who are now residing in other parts of the state and all over the nation, including informing them of their voting rights under Louisiana election laws, how to seek an absentee ballot in time for the elections, and that if they register to vote in another state, they will lose their right to vote in Louisiana; and

WHEREAS, civic participation is a key element of allowing displaced citizens to regain some semblance of a normal life, and the state must take every feasible measure to

ensure that these Louisiana citizens are able to make their voices heard by being provided with information about voting; and

WHEREAS, it is crucial that all possible measures be developed and implemented to ensure that all individuals displaced by Hurricanes Katrina and Rita are fully informed about their voting rights and voting procedures.

THEREFORE, BE IT RESOLVED that the Legislature of Louisiana does hereby strongly urge and request the Louisiana secretary of state to make every extraordinary effort and to work cooperatively with other state and federal agencies to contact individuals displaced by Hurricanes Katrina and Rita in order to provide them information relative to their voting rights and how to register to vote and vote in upcoming elections.

BE IT FURTHER RESOLVED that a suitable copy of this Resolution be transmitted to the Louisiana secretary of state and to the director of the Federal Emergency Management Agency.

______________________________
SPEAKER OF THE HOUSE OF REPRESENTATIVES

______________________________
PRESIDENT OF THE SENATE

# SCR18 - 2005 1st Extraordinary Session

| Author: **SHEPHERD** | Status: |
| --- | --- |
| Summary: **SECRETARY OF STATE:** Directs the secretary of state to establish a toll-free telephone line for displaced citizens to advise them of voting locations and to advertise nationally seeking displaced Louisiana voters. | **ADOPTED IN SENATE CONCURRENCE** *Updated: 11/22/2005* |

| Date | Chamber | Page | Action |
| --- | --- | --- | --- |
| 11/22/2005 | S | | Rules suspended. Amendments proposed by the House read and concurred in, 39 yeas and 0 nays. Motion to reconsider tabled. |
| 11/22/2005 | S | | Received from the House with amendments. |
| 11/22/2005 | H | | Read by title, concurred in. |
| 11/22/2005 | H | | Rules suspended, called out of its regular order. |
| 11/21/2005 | H | | Read by title, amended, passed to 3rd reading. |
| 11/20/2005 | H | | Reported with amendments (5-0). |
| 11/16/2005 | H | 2 | Read by title, rules suspended, referred to the Committee on House and Governmental Affairs. |
| 11/15/2005 | H | 22 | Received in the House from the Senate. |
| 11/15/2005 | S | 9 | Read by title, adopted by the vote of 32 yeas and 0 nays and ordered to the House. |
| 11/14/2005 | S | 22 | Rules suspended; reported favorably. |
| 11/10/2005 | S | 12 | Rules suspended; introduced in the Senate. Rules suspended, read first and second time by title and referred to the Committee on Senate and Governmental Affairs. |

Back to Previous Page

Get Adobe Acrobat Reader to view files accessed from this page.

Acrobat Reader version 4 or higher is needed to view the files on this page.

Exhibit

AB

First Extraordinary Session, 2005 **ENROLLED**

SENATE CONCURRENT RESOLUTION NO. 18

BY SENATOR SHEPHERD

A CONCURRENT RESOLUTION

To urge and request the secretary of state to establish a toll-free telephone line for displaced Louisiana citizens to receive information related to the election process, including but not limited to voting rights and polling place locations and to implement a national public service advertising campaign, pro bono if possible, to create public awareness of the toll-free telephone line.

WHEREAS, due to the effects of the gubernatorially declared disasters of hurricanes Katrina and Rita, many citizens of Louisiana from the southwest and southeast areas of Louisiana are scattered throughout the United States; and

WHEREAS, citizens of Louisiana may not be aware of their voting rights or the voting process, including where and how to vote; and

WHEREAS, the implementation of a national public service advertising campaign, which should be pro bono if possible, would assist the state of Louisiana in informing all of its displaced citizens of a toll-free telephone line that would inform Louisiana citizens in exercising their voting rights as citizens of Louisiana by being informed of the election process and locations of polling places; and

WHEREAS, establishing a toll-free telephone line and creating public awareness of such toll-free telephone line would allow all Louisiana citizens to receive continuous information regarding their rights.

THEREFORE, BE IT RESOLVED that the Legislature of Louisiana does hereby urge and request the secretary of state to establish a toll-free telephone line for displaced Louisiana citizens to be advised of the election process, including voting rights and polling place locations and to implement a national public service advertising campaign, pro bono if possible, to create public awareness of the toll-free telephone line.

BE IT FURTHER RESOLVED that a copy of this Resolution be transmitted to the secretary of state.

PRESIDENT OF THE SENATE

SPEAKER OF THE HOUSE OF REPRESENTATIVES

THE WEB PORTAL TO THE LOUISIANA STATE LEGISLATURE

Home | Session | House | Senate | Committees | Legislators | Search

# SCR24 - 2005 1st Extraordinary Session

| Author: **SHEPHERD** | Status: |
|---|---|
| Summary: **SECRETARY OF STATE:** Requests secretary of state to make the absentee ballot more reader friendly. | **FILED WITH THE SECRETARY OF STATE** *Updated: 11/22/2005* |

| Date | Chamber | Page | Action |
|---|---|---|---|
| 11/22/2005 | S | | Sent to the Secretary of State on 11/23. |
| 11/20/2005 | H | | Signed by the Speaker of the House. |
| 11/17/2005 | S | 26 | Enrolled and signed by the President of the Senate. |
| 11/16/2005 | S | 8 | Received from the House without amendments. |
| 11/16/2005 | H | 2 | Read by title, rules suspended, concurred in. |
| 11/15/2005 | H | 22 | Received in the House from the Senate. |
| 11/15/2005 | S | 4 | Read by title, adopted by the vote of 30 yeas and 0 nays and ordered to the House. |
| 11/14/2005 | S | 19 | Rules suspended; introduced in the Senate, read first time by title. |

Back to Previous Page

Get Adobe Acrobat Reader to view files accessed from this page.

Acrobat Reader version 4 or higher is needed to view the files on this page.

**Exhibit**

AC

First Extraordinary Session, 2005 **ENROLLED**

SENATE CONCURRENT RESOLUTION NO. 24

BY SENATOR SHEPHERD

A CONCURRENT RESOLUTION

To urge and request the secretary of state to make all absentee ballots more reader friendly.

WHEREAS, it is important that all citizens of Louisiana are able to exercise their right to vote; and

WHEREAS, absentee voters are comprised of, but not limited to, disabled citizens, handicapped citizens, elderly citizens, and illiterate citizens; and

WHEREAS, language used on ballots are sometimes complex; and

WHEREAS, the contents of absentee ballots should be able to be easily read by all registered voters regardless of the education level; and

WHEREAS, the language used on the ballots should be clear, complete, and understandable to all qualified registered voters of Louisiana; and

WHEREAS, it is important that absentee voters have a clear understanding of voting instructions and the scope and nature of issues voting on; and

WHEREAS, a clearer and more understandable ballot may impact or increase absentee voting which could impact overall voter turn out; and

WHEREAS, the secretary of state should pursue all reasonable measures to insure simple readily understandable language on absentee ballots.

THEREFORE, BE IT RESOLVED that the Legislature of Louisiana does hereby urge and request the secretary of state to make the absentee voting ballot more reader friendly.

BE IT FURTHER RESOLVED, that a copy of this Resolution be transmitted to the secretary of state.

PRESIDENT OF THE SENATE

SPEAKER OF THE HOUSE OF REPRESENTATIVES

Text Only Version

| HOME | RESIDENTS | BUSINESSES | GOVERNMENT | V

Add To Profile Print

Sign In | Sign Up | Site Map | Site Info | C

Search City Web Site:

(GO)

Advanced Search

Home Page
Permitting Information - Updated
Louisiana Recovery Corporation
City Information
Events Calendar
Site Policies & Information
City Hall Phone Listings

**Departments & Agencies**

Select A Department
Department Phone Directory »

**City of New Orleans Services**

Pay Parking Tickets
Pay Personal Auto Tax
Pay Traffic Tickets
Pay Real Estate Tax
Pay Sales Tax

All Services »

**Site Font Styles**

Verdana Medium
Change Site Font Styles

**Contact Us**

Having trouble with our website or just have a question or comment for us? Click here to contact us.

# Lower 9th Ward Look and Leave Plan

**On behalf of Mayor C. Ray Nagin and the City of New Orleans, welcome back to the Lower Ward.** We have been working hard to prepare this area so you can come back to visit your homes. Ward was heavily damaged by Hurricanes Katrina and Rita, so there are some things we want you t aware of as you return today.

**PLEASE READ THE FOLLOWING INFORMATION CAREFULLY**. It will assist you in your visit and keep you and your family safe.

Official Press Release.

**Visitation Plan:**

- Until further notice, **the entire Lower 9th Ward is open for "look and leave" visitation** may return to see the extent of damage to your property and collect personal belongings.
- The entrance and exit point for the Lower 9th Ward is on St. Claude Avenue.
- The area is open for visitation from 8 a.m. to 4 p.m. **NO ONE WILL BE PERMITTED TO RI AFTER DARK.** All city curfews are in effect.
- Registration (ID) will be required upon entry and departure.

**In Case of Emergency: Please call 911**

**Resident Support:**

- There is a command center at North Claiborne and Caffin Avenues, and NOPD and National vehicles are patrolling the streets to assist residents if needed.
- The City of New Orleans, the Red Cross, the Salvation Army and the National Guard will pro following items at the command center at North Claiborne and Caffin Avenues.
  - Bottled water, ice and food
  - Portable restrooms
  - Emergency medical care
  - Emotional support and grief counseling
  - FEMA and Red Cross information stations

Exhibit
AD

**Safety Considerations:**

- **YOU ARE ENTERING THE LOWER 9th WARD AT YOUR OWN RISK.**
- **IT IS RECOMMENDED THAT CHILDREN, THE ELDERLY, AND THOSE WITH SPECIAL N DO NOT ENTER THE AREA BECAUSE OF POTENTIAL HEALTH AND SAFETY RISKS.**
- Please be careful while driving. The speed limit is 15 miles per hour. No traffic lights are wo the area; treat all major intersections as four-way stops.
- Keep roads clear. Debris has been pushed off the roads, but in some places, it is a serious c There may be sharp objects in the road that could puncture your tires. When parking, ensur car does not block the lanes of traffic.
- Although there may be water in the Lower 9th ward, it should not be used for drinking, was any contact with skin. Water is only suitable for flushing and fire protection.
- There is no sewer service in the area. Please use the port-o-lets.
- You are encouraged to bring cell phones, as there is no phone service if an emergency arise
- The police substation at North Claiborne and Caffin Avenues will respond to emergencies.
- In case of emergencies, New Orleans Police and National Guard personnel will be available t residents.
- Do not enter heavily damaged structures. **Houses have been inspected for general stru damage. Buildings marked with neon-red tags may be unsafe for entry. ENTRY INT THESE STRUCTURES IS NOT RECOMMENDED AND ALL ENTRY IS AT YOUR OWN RIS the command center at North Claiborne and Caffin Avenues for further assistance.**
- **You are only authorized to enter your home, property, residence, or place of busin**

**Health Issues: Please be safe.** You can prevent illness by taking these precautions:

- Drink bottled water throughout the day to prevent heat exhaustion and dehydration. If you someone showing signs of exhaustion, offer water and call for emergency medical treatmen
- Wash your hands often. This can prevent diarrhea and other illnesses.
- Use gloves, boots and coveralls. Wash all soiled clothing and equipment.
- Protect yourself from mold and bacteria. Wear particulate masks. Some areas may require t of respirators. If an area is extremely moldy, stay away. Do not expose children or elderly r to moldy buildings.
- Use insect repellant to prevent mosquito bites, as there may be more mosquitoes than norn
- Watch for wild and domestic animals. Some of them are more aggressive than normal becau the stresses they have undergone. Disinfect any wounds and bites immediately and seek me care as soon as possible.
- A tetanus shot is recommended. Tetanus shots are good for 10 years. Booster shots are ava at all open health clinics:
    - Touro, Ochsner, West Jefferson, East Jefferson, Lakeside, Meadowcrest, Tulane and Children's Hospitals
    - Algiers Community Health Clinic (Fishers) 9 a.m. - 4 p.m., 4422 General Meyer, Algi
    - Covenant House (Downtown) 9 a.m. - 4 p.m., 611 North Rampart St.
    - Ida Hymel Health Clinic Satisfactory Open 9 a.m. - 4 p.m., 1111 Newton St., Algiers
    - Tulane CBD Practice Plan Clinic - at Harrah's (mobile unit) 9 a.m. - 4 p.m., 512 S. P
    - Uptown Square Clinic (mobile unit) 9 a.m. - 4 p.m., 200 Broadway Ave., Suite 230

## Lower 9th Ward "Look and Leave" Plan


All content materials © The City of New Orleans

# MEDIA ADVISORY

Louisiana Department of State

Al Ater Secretary of State

P.O. Box 94125
Baton Rouge, LA 70804-9125
Email: Jennifer.Marusak@sos.louisiana.gov

Jennifer Marusak
Confidential Assistant
Telephone: (225) 342-4479

**December 2, 2005**

**ATER ANNOUNCES HIS DECISION TO RECOMMEND POSTPONING NEW ORLEANS' MUNICIPAL ELECTIONS**

BATON ROUGE, LA – Secretary of State Al Ater announces that he will recommend to Governor Kathleen Blanco that she issue an executive order to postpone the Feb. 4 New Orleans' municipal elections, until no later than the next regularly scheduled statewide elections, Sept. 30 and Nov. 7. State law requires the Secretary of State to issue an emergency certification to the Governor when a state of emergency exists that would affect the electoral process.

"Even with the legislation recently passed by the legislature in the special session, the physical and technical obstacles are too great to overcome before Feb. 4," Ater said. "The unavailability of polling places, difficulties in locating and training poll commissioners and workers for absentee balloting, and the huge task of recertifying and replacing damaged voting machines all create an emergency situation causing the postponement of the election."

Ater and his staff will spend the next few weeks further analyzing conditions to seek the earliest date that he expects to be able to conduct the election, but said the elections will be held no later than Sept. 30.

Ater is also concerned that voters that want to participate, are able to participate. He also added that FEMA's delays in providing both financial and logistical assistance to the Secretary of State's office has hindered his ability to comfortably move forward with the election on its regularly scheduled date.

"We have to make certain that our registered voters' rolls are accurate," Ater said. "We have to insure that those that are legally registered can participate, and those that are not legally registered will not be able to participate in this election that is so vital to the rebuilding of the community."

Scheduled to appear on the ballot are New Orleans' municipal and parochial elections; including Mayor, all seven councilmember seats, Civil and Criminal Sheriff, Civil and Criminal Clerk of District Court, all seven assessors, and coroner. The officials to serve in the newly elected seats would have their term shortened by the length of the incumbents' additional time in office.

Also currently scheduled to be on the ballot is a special proposition election for Lakeview Crime Prevention District.

###

**Exhibit**

AE

nola.com
Everything New Orleans

The Times-Picayune

# Officials may stay on past normal 4 years

**Feb. 4 election is latest storm victim**

Saturday, December 03, 2005

**By Frank Donze and Robert Scott**
**Staff writers**

New Orleans Mayor Ray Nagin, the entire City Council and a host of other local elected officials likely will remain in office beyond the four-year terms scheduled to end May 1, after Gov. Kathleen Blanco agreed Friday to postpone the city's Feb. 4 municipal elections.

Fulfilling a pledge she made weeks ago, Blanco accepted a recommendation to delay the elections handed down earlier in the day by Secretary of State Al Ater, the first time a mayoral election has been deferred in the city's modern history. Ater did not recommend a make-up date but said logistical challenges presented by Hurricane Katrina could push back the balloting to Sept. 30.

▼ Advertisement CONTINUE STORY




Under that scenario, Nagin, council members and 11 other officials could hold onto their jobs more than six months longer than the terms they were elected to serve. The list includes Criminal Sheriff Marlin Gusman; the clerks for criminal and civil courts, Kimberly Williamson Butler and Dale Atkins; Coroner Frank Minyard, and all seven assessors.

Almost all officials affected have publicly said they intend to seek re-election, but it remains to be seen whether the postponement will help or hurt incumbents, many of whom are facing mounting criticism for their handling of Katrina and its aftermath. Political observers said the deferral throws another level of uncertainty into a campaign season that the storm had already left upside down.

Exhibit
AF

Blanco's action effectively suspended the sign-up period for New Orleans candidates, previously scheduled for Dec. 14-16. Ater said new qualification dates will be set when he announces a revised election date.

Unprecedented woes

The logistical dilemma faced by state and local election officials may be unprecedented in recent American history

A total of 204 of the city's 442 voting precincts have been destroyed or knocked out of commission, mainly in the 7th, 8th and 9th wards. In addition, many of the 2,300 election commissioners that the state election code requires for citywide balloting are among the tens of thousands of evacuees who have relocated to other cities.

The postponement, the first for a New Orleans mayor's race in at least 75 years, has been widely anticipated in political circles. It's the first time City Council balloting has been postponed since the 1970s, when legal haggling over redistricting deferred the elections for more than three years.

Despite the efforts of his staff to explore ways to avoid a delay, Ater said he had decided that the physical and technical obstacles were too great to overcome in just two months.

"The reason we're doing this today is we physically cannot have an election on Feb. 4," Ater said during a news conference in Baton Rouge. "Our equipment is not ready, we don't know if it's going to be ready. We don't know if we're going to have commissioners."

Underscoring the difficulties, Ater noted that the Feb. 4 timeline called for absentee voting -- -- projected to be a massive undertaking with so many voters living elsewhere -- -- to start in mid-January.

Sept. 30 deadline

Ater said he will attempt, over the next few weeks, to determine the earliest date that he expects to be able to stage the city election, but emphasized that it is his desire to "absolutely" hold it no later than Sept. 30. Under that timetable, runoffs elections, where needed, would be held Nov. 7, the same date for congressional primary elections.

Ater said he hopes to recommend a date for the election by Jan. 1.

The city's legal framework allows for terms to be extended. While the charter calls for the mayor and council members to take office on the first Monday in May following an election, a separate charter provision says that "Each elected official and each appointed official of the city shall serve until a successor has been elected or appointed . . ."

Several local elected officials are pushing for an April 1 primary election, to be followed by runoffs on April 29 -- -- the date that has been set by the Legislature for voters statewide to consider two constitutional amendments.

Among them are state Rep. Peppi Bruneau, R-New Orleans, and Sen. Derrick Shepherd, D-Marrero, both of whom attended Ater's announcement. They said they want the election as soon as possible but they accepted Ater's reasons for postponement as valid.

"I'd crawl on my hands and knees to vote in this election," Bruneau said.

"No later than April 1," said Shepherd.

Butler, who as criminal court clerk is responsible for all local aspects of New Orleans elections, said she also supports the April 1 date.

"Let's shoot for normalcy," Butler said. "If we don't move now, the task will fill the time available."

April too soon?

But Ater said Friday that there is no guarantee that the April amendment referendum will go on as scheduled.

Because his office currently lacks the $3 million needed to stage the April election, Ater said he may ask Blanco and the Legislature to move the statewide referendum to Sept. 30.

Ater said combining the amendment election with the New Orleans races could free up the money needed to pay other unanticipated expenses, including mailing absentee ballots to displaced voters and repairing voting machines.

Further complicating matters is a legal requirement that the federal government endorse whatever innovations are used to reach displaced New Orleans voters.

Under the 1965 Voting Rights Act, the Justice Department must review changes in election procedures for several hundred districts in nine states, including those in Orleans Parish, to ensure they don't dilute minority voting representation.

Under the law, the department has 60 days to review submitted plans but can ask for an additional 60 days if more information is needed.

Due to the extraordinary conditions that exist in New Orleans, local election officials hope to persuade the federal government to expedite the review process.

Campaigns slowed

By shutting down the city for months, Katrina ground to a halt an already slow-moving election cycle. The storm struck on Aug. 29, a week before Labor Day, which traditionally signals the start of the campaign season. The election deferral allows more time for political scenarios to play out.

Nagin, who has said he intends to seek a second mayoral term, drew two pre-Katrina opponents: community activist and former state Rep. Leo Watermeier and radio announcer James Arey, both considered longshots. But the devastation wrought by the storm and the reshuffling of the New Orleans' demographic profile from a predominantly African-American city to a seemingly majority white one has sparked speculation that Nagin, who is black, may attract formidable white opposition.

Among the names being mentioned are Lt. Gov. Mitch Landrieu, the son of former Mayor Moon Landrieu and brother of U.S. Sen. Mary Landrieu; School Board member Jimmy Fahrenholtz; and former City Councilwoman Peggy Wilson.

So far, the only potential black mayoral contender to surface is Council President Oliver Thomas, who is running for re-election to his at-large post. Thomas has said he would consider a run for mayor if polls show that Nagin is vulnerable.

Meanwhile, six of the seven City Council members intend to run next year, with only at-large representative Eddie Sapir barred from seeking re-election by term limits.

To date, however, no council incumbent has an announced opponent.

Besides Thomas, district representatives Jay Batt, Renee Gill Pratt, Cynthia Hedge Morrell and Cynthia Willard Lewis are planning to run for the seats they now hold.

Councilwoman Jacquelyn Brechtel Clarkson says she will vie for Sapir's at-large post. But thus far, no one has formally stated a desire to fill her District C seat, which represents Algiers and the French Quarter, among other areas.

Delay opens doors

Xavier University political analyst Silas Lee said the decision to delay the elections opens the door for challengers to step forward in every race.

"If the election is held in September, it gives people considerably more time to raise money and get their campaign apparatus in place," said Lee, a political science professor and pollster. "And no matter when the voting takes place, I think you will have ample voter frustration and anger."

But Lee said any advantages for challengers associated with a delay could cut both ways.

"More time allows more time for the incumbents to get infrastructure and services back on track," he said.

University of New Orleans political scientist Susan Howell said the biggest story in the 2006 mayor's race may be a demographic shift in the electorate that could result in the election of the city's first white mayor in three decades.

"The city's population is majority white now, and I believe it will be majority white a year from now," Howell said. "If there is a credible white challenger to Nagin, it would pose a serious problem for the mayor -- – and it would be a problem today, a month from now or six months from now."

Because no one can predict what percentage of the city's 274,000 registered voters will return over the next year, the challenge facing election officials is how to reach them.

That task has been hampered, Ater said, by the reluctance of the Federal Emergency Management Agency to release its list of Louisiana evacuees who have requested aid in their new homes across the nation.

Ater said FEMA, which has cited privacy concerns, provided the names Thursday to Attorney General Charles Foti. That will allow the state to mail out voter education packets advising people of their rights and how to proceed with an absentee ballot. While he is glad to have the list, Ater said FEMA still hasn't agreed to provide the $750,000 needed for the mailing.

"I'm laying at (FEMA's) doorstep that we could have come a lot closer to having this if they had been a lot more helpful," Ater said. "These people have worn me out. I keep getting, 'the check's in the mail.'

"It's a little bit like dealing with a 16-year-old. . . . About every answer to every question I get is maybe."

. . . . . . .

Frank Donze can be reached at fdonze@timespicayune.com or (504) 826-3328.