**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**GERALD WALLACE, ET AL.** **CIVIL ACTION**
**NO. 05-5519**
**VERSUS** **SECTION B(2)**

**MICHAEL CHERTOFF, SECRETARY, DEP'T OF HOMELAND SECURITY, ET AL.**

**AND**

**MICHAEL TISSERAND, ET AL.** **CIVIL ACTION**
**NO. 05-6487**
**VERSUS** **SECTION B(1)**

**KATHLEEN BLANCO, GOVERNOR, ET AL.**

**ORDER**

A hearing was held to reconsider the *Wallace* Plaintiffs' Motion for Preliminary Injunction, Civ. No. 05-5519, (Rec. Doc. No. 30) and on the *Tisserand* Plaintiffs' Motion for Preliminary and Permanent Injunctive Relief, Civ. No. 05-6487, (Rec. Doc. No. 17). And for orally assigned reasons, the Court **DENIED** both motions and made the following findings:

(1) The dates proposed by the *Tisserand* Plaintiffs for elections on March 25, 2006 and April 22, 2006, are unreasonable and would probably lead to voter disenfranchisement.

(2) The proposal made by the *Wallace* Plaintiffs comports with federal constitutional and statutory laws. The Court urges the *Wallace* Defendants to consider seriously the adoption of the

proposal made by the *Wallace* Plaintiffs.

(3) The Court notes that a legislative decision regarding Secretary of State Al Ater's plan, which would result in elections being held on the dates proposed by the *Wallace* Plaintiffs is expected to made on **January 23, 2006**, and that if approved, an announcement on or before **January 24, 2006** would be issued by the Governor setting election dates in Orleans Parish for April 22, 2006 and May 20, 2006. **PROVISO:** If that announcement does not occur as expected by the parties, the Court will grant the *Wallace* Plaintiffs' motion for preliminary injunctive relief by ordering elections to occur on April 22, 2006 and May 20, 2006 along with other appropriate relief to insure an electoral process that complies with federal laws. If necessary, a Status Conference will occur before the undersigned on **January 25, 2006** at **10:00 a.m.** to allow parties the opportunity to recommend a narrowly tailored and legally adequate remedy should the expected announcement from State officials not occur.

New Orleans, Louisiana, this 20th day of January, 2006.

UNITED STATES DISTRICT JUDGE