**MINUTE ENTRY**
**LEMELLE, J.**
**February 24, 2006**

**JS-10: 1:00**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GERALD WALLACE, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-5519** |
| **KATHLEEN BLANCO, GOVERNOR OF THE STATE OF LOUISIANA, ET AL.** | **SECTION "B" (2)** |

* * * * * * * * * * * * * * *

**JS-10: 1:00**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MICHAEL TISSERAND, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-6487** |
| **KATHLEEN BABINEAUX BLANCO, ET AL.** | **SECTION "B" (1)** |

* * * * * * * * * * * * * * *

**JS-10: 1:00**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ASSOCIATION OF COMMUNITIES FOR REFORM NOW (ACORN), NEW ORLEANS CHAPTER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-0611** |
| **KATHLEEN BLANCO, GOVERNOR OF THE STATE OF LOUISIANA, ET AL.** | **SECTION "B" (1)** |

* * * * * * * * * * * * * * *

**<u>EVIDENTIARY HEARING</u>**

___ Fee___
___ Process___
X Dktd___
✓ CtRmDep aes
___ Doc. No.___

Courtroom Deputy: Audry E. Steward
Court Reporter: David Zarek

APPEARANCES: John K. Etter, Damon T. Hewitt, Jenigh Garrett, Debo P. Adegbile for Plaintiffs Gerald Wallace, et al., in Civil Action No. 05-5519, hereinafter referred to as "Wallace"

Justin A. Zitler for Plaintiffs Michael Tisserand, et al., in Civil Action No. 05-6487, hereinafter referred to as "Tisserand"

William P Quigley, Tracie L. Washington, Elizabeth Westfall, Penda Hair, Jennifer Maranzano, Donita Judge and Miles Granderson for Plaintiffs ACORN, et al., in Civil Action No. 06-0611, hereinafter referred to as "ACORN"

Roy A. Mongrue, Jr. and William Bryan for Defendants Al Ater, Kathleen Babineaux Blanco and Louis Keller

Deborah L. Wilson and Belhia Martin for Defendant Kimberly Williamson Butler

Continued from Monday, February 23, 2006.
Case called; all present and ready.
Closing arguments by counsel.
For reasons orally stated on the record, IT IS ORDERED that the claims of plaintiffs in all cases are hereby DISMISSED.
Court adjourned at 12:40 p.m.