```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


GERALD WALLACE, ET AL.                          CIVIL ACTION
                                                NO. 05-5519
VERSUS                                          SECTION B(2)

MICHAEL CHERTOFF, SECRETARY, DEP'T OF
HOMELAND SECURITY, ET AL.
```

## ORDER

The Court was notified by Magistrate Judge Wilkinson that the parties have settled the issue of attorney's fees. Accordingly,

**IT IS ORDERED** that the Motion for Attorney's Fees (Rec. Doc. No. 95) in the above captioned action is hereby **DISMISSED** as moot.

New Orleans, Louisiana, this 20th day of June, 2006.

UNITED STATES DISTRICT JUDGE